AO 440 (Rev. 06/12) Summons in a Civil Action

# UNITED STATES DISTRICT COURT
for the
Northern District of Ohio

| | |
|---|---|
| Larry D. Reid, et al. | ) |
| *Plaintiff(s)* | ) ) ) ) |
| v. | ) Civil Action No. 1:21cv-00991 |
| Darryl Moore | ) ) ) ) |
| *Defendant(s)* | ) |

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)*
    Darryl Moore
    24401 Russell Avenue
    Euclid, Ohio 44123

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:

    Raymond V. Vasvari, Jr.
    20600 Chagrin Boulevard
    Suite 800
    Shaker Heights, Ohio 44122-5353

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

*SANDY OPACICH, CLERK OF COURT*

Date:    05/13/21

                                                  s/ Mark T. Matyas
                                                  *Signature of Clerk or Deputy Clerk*

AO 440 (Rev. 06/12) Summons in a Civil Action (Page 2)

Civil Action No. 1:21cv991

## PROOF OF SERVICE
*(This section should not be filed with the court unless required by Fed. R. Civ. P. 4 (l))*

This summons for *(name of individual and title, if any)* **DARRYL MOORE**

was received by me on *(date)* **MAY 13TH 2021**.

☐ I personally served the summons on the individual at *(place)* _____ on *(date)* _____ ; or

☒ I left the summons at the individual's residence or usual place of abode with *(name)* **DARRYL MOORE JR SON OF DARRYL MOORE**, a person of suitable age and discretion who resides there, on *(date)* **MAY 19TH 2021**, and mailed a copy to the individual's last known address; or

☐ I served the summons on *(name of individual)* _____, who is designated by law to accept service of process on behalf of *(name of organization)* _____ on *(date)* _____ ; or

☐ I returned the summons unexecuted because _____ ; or

☐ Other *(specify)*:

My fees are $ _____ for travel and $ _____ for services, for a total of $ **0**.

I declare under penalty of perjury that this information is true.

Date: **MAY 19TH 2021**

*Server's signature*

**MARK BERUS PROCESS SERVER**
*Printed name and title*

**PO BOX 93447 CLEVELAND OHIO 44101**
*Server's address*

Additional information regarding attempted service, etc:

Print  Save As...  Reset