| | | |
|---|---|---|
| **State of Ohio** | } | |
| | } | **Declaration of Counsel of Raymond V. Vasvari, Jr.** |
| **County of Cuyahoga** | } | |

Raymond V. Vasvari, Jr. , having been duly cautioned, instructed and warned, does hereby depose and testify, under penalty of perjury under the laws of the United States, as follows:

1. My name is Raymond V. Vasvari, Jr., and I am an adult competent to give testimony in a court of law.

2. I am an attorney licensed to practice in and by the State of Ohio and admitted to practice before the United States District Court for the Northern District of Ohio, and have been since 1991. I am counsel for the Plaintiffs in the action styled <u>Larry D. Reid, et al. v. Darryl Moore</u>, which is Case Number 1:21-cv-00991 upon the Docket of that Court ("this case"). The information set forth in this Declaration is based upon my personal knowledge.

1. The Complaint (ECF No. 1) in this case was filed on May 12, 2021, and thereafter a Summons (ECF No. 2) addressed to the Defendant was issued by the Clerk on May 13, 2021.

2. The undersigned declarant arranged for personal service of the Complaint, pursuant to Civil Rule 4 (c)(2) through a process server, Mark Berus, who is more than eighteen years of age and who is not a party to this action.

3. On May 19, 2021, Mr. Berus served the Defendant, Darryl Moore Sr. by leaving a copy at his home with a person of suitable age and discretion, to wit, the son of the Defendant, who is named Darryl Moore Jr., and whose receipt of the Summons and Complaint were attested to in a Return of Service (ECF No. 3) filed with the Court on May 24, 2021. He scanned and returned that Return of Service to the undersigned via email as a PDF document, which the undersigned then filed with the Court.

4. Defendant Moore did **not**, prior to being served as described above, execute and return to undersigned counsel a Waiver of Service of Summons extending the period within which to answer the Complaint pursuant to Civil Rule 4 (d)(3).

5. As of the date of this declaration, Thursday, June 10, 2021, twenty-two (22) calendar days, including weekends and the Memorial Day holiday, have elapsed since Moore was served with the Summons and Complaint in the manner described above.

6. This period exceeds the twenty-one (21) day period within which a Defendant must answer, move or otherwise plead under Civil Rule 12 (a)(1)(A)(1), which period is calculated by including weekends and federal holidays pursuant to Civil Rule 6 (a)(1)(B).

7. As of 6:00 p.m. EDT today, June 10, 2021, of this filing, Defendant Moore has filed no Answer, Motion or other Responsive Pleading with the Court in this case.

**FURTHER DECLARANT SAYETH NAUGHT**

The undersigned, Raymond V. Vasvari, Jr., declares under penalty of perjury under the laws of the United States and pursuant to 28 U.S.C. § 1746 that the foregoing is true to the best of his personal knowledge, in witness whereof he has signed this Declaration below, at Cleveland Heights, Cuyahoga County, Ohio on the 10th Day of June 2021.

_____
Raymond V. Vasvari, Jr.