IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF OHIO

EASTERN DIVISION

| | |
|---|---|
| LARRY D. REID, ET AL. ) | CASE NO.1:21:CV-00991 |
| Plaintiffs, ) | |
| ) | JUDGE JAMES GWEN |
| v. ) | |
| DARRYL MOORE ) | **STIPULATED LEAVE TO PLEAD** |
| Defendant. ) | |

Defendant DARRYL MOORE and LARRY D. REID ET AL. by and through counsel and

pursuant to Local Rule, hereby stipulate to an extension of FOURTEEN(14) days, until on or

before June 26, 2021, for these Defendants to answer, move or otherwise plead in response to

Plaintiff's Complaint. No prior extension has been requested or granted and this stipulation is

not made for the purpose of delay.

Respectfully submitted,

/s/ Fred D. Middleton
FRED D. MIDDLETON (0025555)
815 Superior Avenue E., Suite 1325
Cleveland, OH 44114
Telephone: (216) 566-8000
flegal@gmail.com

Attorney for Defendant

/s/ Raymond V. Vasari Jr. Telephone approval
Raymond V. Vasvari
20600 Chagrin Boulevard, Suite 800
Cleveland, Ohio 44122-5353
Telephone: (216) 458-5880
Facsimile (216) 302-3700
vasvari@vasvarilaw. com

Attorneys for PLaintiffs

**<u>CERTIFICATE OF SERVICE</u>**

I hereby certify that on this 11th day of June, 2021, a copy of the foregoing was filed electronically. Notice of this filing will be sent to all parties by operation of the Court's electronic filing system. The parties may access this filing through the Court's system.

*/s/ Fred D. Middleton*
Fred D. Middleton (0025555)
