The Court approves stipulated leave to plead 6/14/2021.
<u>s/  James S. Gwin</u>
JAMES S. GWIN
UNITED STATES DISTRICT JUDGE

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF OHIO

EASTERN DIVISION

| | |
|---|---|
| LARRY D. REID, ET AL. | ) |
| | ) CASE NO.1:21:CV-00991 |
| Plaintiffs, | ) |
| | ) JUDGE JAMES GWEN |
| v. | ) |
| | ) |
| DARRYL MOORE | ) **STIPULATED LEAVE TO PLEAD** |
| | ) |
| Defendant. | ) |
| | ) |

Defendant DARRYL MOORE and LARRY D. REID ET AL. by and through counsel and pursuant to Local Rule, hereby stipulate to an extension of FOURTEEN(14) days, until on or before June 26, 2021, for these Defendants to answer, move or otherwise plead in response to Plaintiff's Complaint. No prior extension has been requested or granted and this stipulation is not made for the purpose of delay.

                                                                Respectfully submitted,

<u>/s/ Fred D. Middleton</u>                                    <u>/s/ Raymond V. Vasari Jr. Telephone approval</u>
FRED D. MIDDLETON (0025555)                       Raymond V. Vasvari
815 Superior Avenue E., Suite 1325                  20600 Chagrin Boulevard, Suite 800
Cleveland, OH 44114                                         Cleveland, Ohio 44122-5353
Telephone: (216) 566-8000                              Telephone: (216) 458-5880
flegal@gmail.com                                              Facsimile (216) 302-3700
                                                                        vasvari@vasvarilaw. com

*Attorney for Defendant*

                                                                *Attorneys for PLaintiffs*