IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF OHIO
EASTERN DIVISION

| | | |
|---|---|---|
| LARRY REID, ET AL., | ) | CASE NO. 1:21-CV-991 |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | JUDGE JAMES S. GWIN |
| | ) | |
| DARRYL MOORE, | ) | REPORT OF PARTIES' PLANNING |
| | ) | MEETING UNDER FED. R. CIV. |
| Defendant. | ) | P. 26(f) AND LR 16.3(b)(3) |

1. Pursuant to Fed. R. Civ. P. 26(f) and LR 16:3(b)(3), a meeting was held on <u>01 SEP 2021</u> and was attended by:

<u>Raymond V. Vasvari, Jr.</u> counsel for plaintiff(s) <u>Larry Reid & Larry Reid Live. L.L.C.</u>

<u>          </u> counsel for plaintiff(s) <u>          </u>

<u>Frederick D. Middleton, Jr.</u> counsel for defendant(s) <u>Darryl Moore</u>

<u>          </u> counsel for defendant(s) <u>          </u>

The parties:

2.

[x] have not been required to make initial disclosures by a specific order, but will do so prior to the Initial Case Management Conference.

[ ] have exchanged the pre-discovery disclosures required by Fed. R. Civ. P. 26(a)(1) and the Court's prior order.

3. The parties recommend the following track:

___ Expedited  __x__ Standard

___ Administrative  ___ Complex

___ Mass Tort

4. This case is suitable for one or more of the following Alternative Dispute Resolution ("ADR") mechanisms:

    ___ Early Neutral Evaluation

    _x_ Mediation

    ___ Arbitration

    ___ Summary Jury Trial

    ___ Summary Bench Trial

    ___ Case not suitable for ADR

5. The parties ___do/_x_do not consent to the jurisdiction of the United States Magistrate Judge pursuant to 28 U.S.C. § 636©.

6. Recommended Discovery Plan:

(a) Describe the subjects on which discovery is to be sought and the nature and extent of discovery.

The circumstances surrounding the publication of the statements alleged

in the Complaint and in the Counterclaim to be defamatory or otherwise tortiuous; the underlying veracity of those statements; the identity of other persons party to those publications; the knoweldge and malice of those making the statements; the discovery of the underlying videos published; and damages.

(b) The parties (indicate one):

_____ agree that there will be no discovery of electronically stored information; or

_____ have agreed to a method for conducting discovery of electronically stored information; or

__x__ have agreed to follow the default standard for discovery of electronically stored information (Appendix K to Northern District Ohio Local Rules).

(c) Discovery cut-off date: April 1, 2022

7. Recommended dispositive motion date: May 13, 2022

8. Recommended cut-off date for amending the pleadings and/or adding additional parties: September 22, 2021

9. Recommended date for a Status Hearing: January 7, 2022

10. Other matters for the attention of the Court:

*[signature: Raymond Vasvari]*

Attorney for Plaintiff(s) Larry Reid &
Larry Reid Live, L.L.C.

Attorney for Plaintiff(s) _____

/s/ Frederick D. Middleton, Jr. *

Attorney for Defendant(s) Darryle Moore

Attorney for Defendant(s) _____

*By R. Vasvari with Email
 Consent Obtained September 2, 2021.

-4-