MINUTES OF PROCEEDINGS

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF OHIO

Date: 9/8/2021
Court Reporter: None

| | | |
|---|---|---|
| LARRY REID, et al., | ) | CASE NO. 1:21-CV-00991 |
| | ) | |
| Plaintiffs, | ) | JUDGE JAMES S. GWIN |
| | ) | |
| vs. | ) | |
| | ) | |
| DARRYL MOORE, | ) | |
| | ) | |
| Defendants. | ) | |

MATTERS CONSIDERED: Case Management Conference

TOTAL TIME: 30 minutes

s/    Kayla Sartschev
Courtroom Deputy Clerk