IN THE UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF OHIO

| | | |
|---|---|---|
| LARRY REID, ET AL. | ) | CASE NO. 1:21-CV-00991 |
| | ) | |
| Plaintiff, | ) | JUDGE JAMES S. GWIN |
| | ) | |
| vs. | ) | ORDER OF REFERRAL TO |
| | ) | MAGISTRATE JUDGE FOR |
| DARRYL MOORE, | ) | MEDIATION/SETTLEMENT |
| | ) | |
| Defendant. | ) | |

The above captioned case is referred to United States Magistrate Judge Jonathan D. Greenberg for mediation.  Counsel will receive further instructions from Judge Greenberg's chambers prior to the conference.

IT IS SO ORDERED.

Dated: September 8, 2021         s/        James S. Gwin
                                 JAMES S. GWIN
                                 UNITED STATES DISTRICT JUDGE