IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF OHIO

EASTERN DIVISION

| | |
|---|---|
| LARRY D. REID, ET AL. | ) |
| | ) CASE NO.1:21:CV-00991 |
| Plaintiffs, | ) |
| | ) JUDGE JAMES GWEN |
| v. | ) |
| | ) |
| DARRYL MOORE | ) **NOTICE CHANGE ADDRESS** |
| | ) **DEFENSE COUNSEL** |
| Defendant. | ) |
| | ) |

Defendant DARRYL MOORE through counsel and pursuant to Local Rule, hereby gives notice of a change of address and email address for Attorney Fred D. Middleton.

Please forward all correspondence to the following address:

*/s/ Fred D. Middleton*
FRED D. MIDDLETON (0025555)
3139 Morley Road
Cleveland, OH 44122
Telephone: (216) 566-8000
flegal@gmail.com

*Attorney for Defendant*

CERTIFICATE OF SERVICE

I hereby certify that on this 5th day of October, 2021, a copy of the foregoing was filed electronically. Notice of this filing will be sent to all parties by operation of the Court's electronic filing system. The parties may access this filing through the Court's system.

*/s/ Fred D. Middleton*
Fred D. Middleton (0025555)