IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF OHIO
EASTERN DIVISION

| | |
|---|---|
| Larry D. Reid, et al., | Case No. 1:21-cv-00991 |
| Plaintiffs, | Judge James Gwin |
| -vs- | |
| Darryl Moore, | Notice of Service of Discovery |
| Defendant. | |

Please take notice that Plaintiff, Larry D. Reid and Larry Reid Live, L.L.C., by and through counsel and pursuant to Rules 26, 33, 34 and 37 of the Federal Rules of Civil Procedure, have propound the following Discovery upon Defendant Darryl Moore: a First Set of Requests for Production of Documents, Electronically Stored Information and Things, on Monday, November 15, 2021, and; a First Set of Interrogatories, on Monday, November 22, 2021, both through his counsel, Frederick D. Middleton, Esq.

Respectfully submitted,

/s/ Raymond V. Vasvari, Jr.

**Raymond V. Vasvari, Jr. (0055538)**
**K. Ann Zimmerman (0059486)**
VASVARI & ZIMMERMAN
20600 Chagrin Boulevard
Suite 800 Tower East
Shaker Heights, Ohio 44122-5353
Telephone 216.458.5880
Telecopier 216.302.3700
Email: vasvari@vasvarilaw.com
Email: zimmerman@vasvarilaw.com

Counsel for the Plaintiffs

– CERTIFICATE OF SERVICE –

The foregoing Plaintiffs' Notice of Service of Discovery was filed today, Monday, November 22, 2021, through the Court Electronic Filing System. Copies will be provided to counsel of record by, and may be obtained through operation of the CM / ECF System.

Respectfully submitted,

/s/ Raymond V. Vasvari, Jr.

Raymond V. Vasvari, Jr. (0055538)
Vasvari | Zimmerman

One of the Attorneys for the Plaintiff