# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF OHIO
# EASTERN DIVISION

## MINUTES OF PROCEEDINGS--CIVIL

| | |
|---|---|
| LARRY D. REID, *et al.*, | DATE: December 6, 2021 |
| Plaintiffs, | CASE NO. 1:21CV00991 |
| vs. | JUDGE JAMES S. GWIN |
| DARRYL MOORE, | MAGISTRATE JUDGE JONATHAN D. GREENBERG |
| Defendant. | ECRO: Stephanie Siner |
| Attorney for Plaintiffs: Raymond Vasvari, Jr. | Attorney for Defendant: Frederick Middleton, Jr. |
| Plaintiff: Larry Reid | Defendant: Darryl Moore |

PROCEEDINGS: Mediation Conference via video was conducted on December 6, 2021, with the above participants. The parties were able to reach an agreement. The parties shall file a notice of dismissal with prejudice by close of business (5:00 p.m.) on December 20, 2021. The Court shall retain jurisdiction to enforce the settlement agreement.

2.5 hrs
Total Time

*s/ Jonathan D. Greenberg*
United States Magistrate Judge