IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF OHIO
EASTERN DIVISION

| | |
|---|---|
| Larry Reid, et al., | Case No. 1:21-cv-00991 |
| Plaintiffs, | Judge James S. Gwin |
| – vs – | |
| Darryl Moore., | Joint Stipulated Dismissal With Prejudice |
| Defendant. | |

The parties, Plaintiffs Larry D. Reid and Larry Reid Live, LLC, and Defendant–Counterclaimant Darryl Moore, and each of them, by and through their respective undersigned counsel and pursuant to Fed. R. Civ. P. 41(a)(2) hereby dismiss, with prejudice, each and every one of their claims and counterclaims in the captioned matter, each party to bear its own costs.

    Respectfully submitted

    /s/ Raymond V. Vasvari, Jr.

    **Raymond V. Vasvari, Jr.** (0055538)
      vasvari@vasvarilaw.com
    **K. Ann Zimmerman** (0059486)
      zimmerman@vasvarilaw.com
    **VASVARI | ZIMMERMAN**
    20600 Chagrin Boulevard
    Suite 800 Tower East
    Shaker Heights, Ohio 44122-5353
    Telephone: 216.458.5880
    Telecopier: 216.302.3700

    Attorneys for the Plaintiffs

        and

/s/ Fred D. Middleton

**Fred D. Middleton (0025555)**
3139 Morley Road
Cleveland, Ohio 44122
Telephone 216-566-8000
flegal@gmail.com

Attorney for Defendant
Counterclaimant Darryl Moore

## – Certificate of Service –

The foregoing was filed today, Monday, December 20, 2021, via the Court Electronic Filing System. Service will be made upon counsel of record by, and copies of this filing may be obtained through operation of the CM / ECF System.

Respectfully submitted

/s/ Raymond V. Vasvari, Jr.

**Raymond V. Vasvari, Jr.** (0055538)
  vasvari@vasvarilaw.com
**VASVARI | ZIMMERMAN**

One of the attorneys for the Plaintiffs