EXHIBIT 3

| State of Georgia | } | |
| | } | **Declaration of Plaintiff Larry D. Reid** |
| **County of Fulton** | } | |

Larry D. Reid, having been duly cautioned, instructed and warned, does hereby depose and testify, under penalty of perjury under the laws of the United States, as follows:

1. My name is Larry D. Reid, and I am an adult competent to give testimony in a court of law.

2. I am the Plaintiff in the action styled <u>Larry D. Reid, et al. v. Darryl Moore</u>, which is Case Number 1:21-cv-00991 upon the Docket of that Court ("this case").  The information set forth in this Declaration is based upon my personal knowledge.

3. I attended a mediation in this case by videoconference with my attorney on December 6, 2021.

4. On December 19, 2021, I signed the Settlement Agreement in this case.

5. I understood that the parties were to abide by the terms of the Settlement Agreement no later than 5 p.m. EST on December 20, 2021.

6. I have personally observed that Defendant Moore has failed, post Settlement Agreement deadline, to take down multiple specified videos relating to me from YouTube and from other locations on the web.

7. I have personally seen new video content relating to me posted by the Defendant after the expiration of the deadline.

8. On the evening of December 20, 2021, at approximately 7:00 p.m., the Defendant posted a new video with content relating to me.  Attached to this Declaration (Exhibit A) is a transcript of this video, prepared by Trint, an online application which generates transcripts of YouTube videos in real time.  I have reviewed both the video and the transcript prepared by Trint, and the transcript is consistent with what I saw on the video.

    **FURTHER DECLARANT SAYETH NAUGHT**

The undersigned, Larry D. Reid, declares under penalty of perjury under the laws of the United States and pursuant to 28 U.S.C. § 1746 that the foregoing is true to the best of his personal knowledge, in witness whereof he has signed this Declaration below, at Fulton County, Georgia on the 21th Day of December 2021.

_____
Larry D. Reid



- 1 -

00:02:13

Hello, everybody, hello, everybody. Good evening, good evening, good evening. Wherever you are in the world. It's 7:30. 2:00 p.m. Eastern Standard Time in the lovely city of Cleveland. Thank you for coming here with me for these few short moments. We're going to have to get. I thank you all for your support, your prayers, your words of encouragement. These last two years. You just don't know how much that's meant to me. I thank you, my family, thank you. To say I'd be lying if I said it has been very hard. But now we hear. As of the close of business today, about two hours ago. My legal affairs with Larry Reid are now over. And I am. That chapter is behind sort of. And we're going to move on. But I have some housecleaning to do before. Ride off into the sunset, I have some things I need to clear up. So here we go. Now, I can't be too animated when I'm going to be out here loud. Raising hell, but I'm going to say what I got to say. Hey, y'all can hear me pretty good because I don't want to talk about on the. So. I think. Some explanations and

**EXHIBIT**

**A**

some apologies are in order. First, I want to apologize to Roxane. She was supposed to come on tonight, and I'm so sorry. Roxanne, will you please put the link to your next show in the chat and will you please put the link to your channel in the chat? Because I support everything you do. Also, Kimberly, can you please put the link to your next show in the chat as well as your YouTube channel? I support all that you do. Largely and mess with him, drum beat shoppers are angry hotels.

00:04:45

Annette, we good, you know that because I've changed you about it, about time. I thought about this day. I knew this day was coming. Years ago. Well, two years back when it all kicked off, I knew this day was eventually going to happen and I thought about what I would say and how say it. And none of what I have planned is going to be what I say to tonight. We're going to get to this in a minute. So my dad is currently. It's my dad's service coin. I was attacked. Because I had the courage. To address wrongdoing. And. I exposed it and because I exposed it. The good church of people, these are not street news we talk about not talking about a drug dealer, gang banger, a hustler or a hooker. Well, we are one. But

we're not talking about street people that attacked me. We're talking about so-called save the Bible thumping Christians who attack me at every turn. Who threatened me every chance they got, who said nasty things to me. But these are the same people that will sit up in church foam at the mouth shout running up and down the aisles. These are the people that attacked me for two years. And I've had to sit and take. I had to sit and take it. Well, as of 5:15 p.m. Eastern Standard Time today, I don't have to take it anymore. So all the people on the other side, your protective covering is now gone. Our dealings me and the person whose name I will not mention. It's over. The protective covering it afforded you by that person is now taken off of you. You don't know it yet, but it is. That person has no need of you any more.

Hmm. I've sat and watched some of the stuff you have said about me and said is the total lies on top of lies. Try to set me up on a murder plot. All for the benefit of your leader, whether he was bought and paid for or whether you did it just because you don't like me. Whatever your reason. You did it. And I had to sit on it and take it. I went to bed with. I woke up with. Because I had to

yt5s.com-My final public postYT Public: Final V1.html

12/21/21, 10:57 PM

stay focused on the person that was taking me to court. And now that that's over. Agreed to answer everything that was out there. It was done to me. Well, don't just scared. I aint gone hurt you. That's because considered a fade into this narrative that you are put out there about me being violent, mentally stable, oh, he's harassing me, he's gotten Andrea Garrison. I don't care about you one way or the other. You serve no redeeming social value in this world. I wouldn't care if you stopped breathing the day wouldn't phase me, no, I wouldn't wouldn't even get gas thinking about you. If I don't want to do something, you could have been done by now. So you can stop lying to me, oh, he's harassing stuff. I know where you live. I know what you do all the time. If I wanted to do something, you'd already been done. So stop lying. But I tell you what I am going to say if you put my name in your mouth again. Either me or somebody is cool with me, it's going to walk up one day in near future in a way down on the land, far, far away. I'm gonna walk up on you, any of the Jersey City or the Bronx and tap you on your shoulder.

00:59:30

And are you going to keep Darryl's name at

your mouth and then walk away? Nobody gonna hurt you. But you got to know right in that moment that any time I want to come see you are can. That's not a threat. So don't go lying side walk is public property. Keep my name out your mouth.

yt5s.com-My final pub

🔒 Created by Larry Reid          What is Trint?     Try Trint for Free        Log in

you ever again. I may live crack a joke here. But. I'm not going to go back and forth with you. You know, all these people's chats lying, talking real big because they can about reach out and touch you because you don't think nobody knows where you at. I know you and Danny move to Jersey and the way you live in Jersey. I know where your apartment is in the Bronx. You just I know no factor to me. I just let you talk. But what I am going to do if you keep running your mouth about me, I'm not going to bother you. What I'm going to do. I'm gonna find the people that you've been messing with and I'm going, Give them your address. And whatever they do, that's on them. Keep my name up from now. I know you don't like me, but you ain't and you can do about nothing. If nothing you do about. It goes around. See it. Overall. Go on down the line. Oh, thank you. I need a video of that. I need a video of that. I mean,

yt5s.com-My final public speech Public Trint Trint

video evidence immediately, but I'm holding. So now he's not. You notice when for the record, for the people at please like and share, for the people in the back, they don't like me. What are you going to do about it? This actual said, all this back and forth, you're wasting your time because I'm not going to respond if you don't like me, do some of the.

Just sample all this. Because you notice went for the record. Daryl, Dwayne Moore, Senior. This guy did not request a mediation. It was brought to me by the person that brought this lawsuit. There is now over as of two hours ago. Rednecks for mediation. I believe they can tell and Hillary well over there. I wonder to London for the mediation. I wasn't the one that wanted this to go away. Quite. So you actually sell. ActionScript questions, what's the motivation behind the mediation? What is it that I know it? Didn't you want to be saying the people didn't want to be seen or heard about ActionScript those questions? Stick a pin in that, though jives and Mika. You left me alone after your services were not all I at the fell out with the church hooker. So since he has an affinity for her. He distance himself from the two of you

were no longer useful. You serve no purpose. We're keeping status quo. You keep my name out of my pocket. Money your name out of my. That's what we do. You keep my name out your mouth. Do the same, but it's not the same thing I said about Garrison grew will walk right up on you won't come outside that one day you can see my business card on your car. In your mailbox, on your front door, you're going to know that at any time I will come see you are keen. But with refugee. I don't hurt. I'm not doing anything, but don't push it because you be a chick filet getting your lemonade in your chicken salad drive. And you'll be in for a hell of a surprise. Well, you'll be at the Tamale Fishing and and have to make a decision, is it is it the gators that you're going to battle or me? Like I said, I know what you be.

Yeah, I'll just say an important make for me to go. Coming down, coming down that way or going out and landing and hitting I-94, it just ain't that important to me. You know, small fish. But you all got together because you bought and paid for the try to distract me from the main objective. And I know John drove me a lot of times mad because I knew everybody knew you were

lying. But your job as you were hired to do was to distract me from the main objective getting the story of three people out. To the public. And your job was to distract me and to defame my character at all costs. I'll try to get up on the Muskie and get a rise out of me. Do whatever you could to try to fit in or take me off didn't work. It didn't work. It didn't work. But better. Yeah. So. Oh, so. Don't show that that dead do that lame, do that in Detroit. Now we're told. Take this to your dad. You know who I'll tell them, I say hello. So it is two years until March four, hello. Welcome, Bob. Non-mobile, but I'm I get my point across. If you put my name in your mouth again, you. Two drive. Eighty turnpike certified, no. Well. Half time gave. Does it? Especially about the planet Earth down in Texas, who's using my name just like dude in Detroit to build his channel? I'm a trending topic. You make video after video, after video, after video. I'm not going respond in any video. No comments. And these other people chat because everybody that's in your chair are people that don't like me. People that have been blocked over here, so they have to go over there with you and it's I hate their office.

But guess what? None of you got the guts

to do nothing about me. So you sit over there and you name calling in it, you hurl insults about me to each other. You would never come to me if I was standing in front of you and say that because you know what you would get. You know what you would get? That's it. You don't have that kind of heart, you ain't built like that. Mainly, they want to come to talk about and talk about my day. And it's clear. Came talk about my dad. Give me the words to say. Bottom right corner, we see that right there. Ignore that gargoyle on the left bottom right corner. Take this banner off. For a minute. Bottom right corner, not far. Sergeant. United States Army retired air three tours, Vietnam, Bronze Star, Purple Heart, two of them, two Purple Hearts and a Bronze Star for bravery and courage in combat. Top secret clearance nuclear launch codes, unheard of for a black man in the United States Army during his time. The same as military Jack. But this is the man that that demon over there decided that he would pray for his death. He pray for his death. My up. Not for. 87 year old man never hurt nobody, I live his life as best he could. Married to my mother for sixty four and a half years, my dad lived to be into August and about sixty five years Americans. First

said, you prayed from a dog to the conscious no call, you can't because your unconscious, unconscious. And my friends like to call it a bull in Texas, I call them special needs fetal alcohol syndrome, but they can't live there because all he does is take my shows and play them like.

And because that's his way of making a name for himself after after Old Girl in Chicago took our subscribers back from. Well. Then you, my father. Health took a turn for the worse in China, where. Half the plane flew home. Of course, you know about the video I made when I landed in L.A., I got tired of them laugh and I'll try and kill somebody. And which prompted him the next week to move to the new location, paying five times the amount of rent. Thanks and online. But. I went home there in April. He had really taken a serious decline. I knew then that his days weren't going to be long. But I kissed my father on the head, I told my love and I was told I told him what he meant to me. Back in January, we said in his role the parents home, and we just talked one on one for our. He gave me the instructions and said, So I'm having to make you take care, man. I said, of course, always, and no, you gotta he was

yt5s.com-My final public Trint | Public Trint | Trint

you were asking, he was telling me as a dad, you don't have to terminate. That's that's goes well saying. So I know I'm rambling a little bit and my heart is heavy. I had this on my heart all day, right on my heart. Working. And. I'm able to see him for two years. All the insults, all the lies, oh, everything. And hold on one second. The super and all of us got up to laugh because it was funny. You couldn't respond to none of the facts that I was putting out on it that your only comeback or half or tempo of a comeback was to try to insult me.

But in order to insult someone, you have to be on that person's intellectual level, academic level, social level, et cetera, et cetera, et cetera. And you don't make the moral. I anytime you put your police records up, arrest, record all that stuff. But you cross the line. With him, you cross the line. I don't think you understand. This is a life changing event for you. It's a life changing event for you. It's a life changing event for you. You said you pray for us. I don't know who you pray to because you don't believe in God. Even your boss said you are which. Well, what I do know is this. When I did about. I was exposing things that your boss allegedly. In the dark. So I

brought it to the light. You. I'm doing exact opposite because you do all your dirt. Half and half. So. I have learned from my past two years this is how I deal with you. You don't make a thousand videos because you don't make one to respond to this. I'm going to ignore all your people and your crew. I'm not going to respond to that. They're bored a little bearable, especially for all your crew. Y'all will make video after video after video, try to provoke me or try to get me to go back and forth. If you want ratings, if you want to make your channel bow, if you want to be bigger than who you are, which is nothing right now, you're going to have to do it on your own. You won't do it with my help. I'm going to pay, you know my. But. I'm going to deal with you offline. You will not know what I'll be doing. You will not know what I'm thinking, saying or doing as it pertains to you.

But no, this. He's about to decide what I do. And a few minutes. He's about to decide, since we say a month, you pray for my death there. I'm a little I'm let the ghost. The fact. Here's. Tales. And what was said and landed on an angle to you what decision's been made? But. Everything as it pertains to you and I. Would not be on

line from me. Everything so. I don't know what to take, but everything, you know, turn me off. You wish death on that often. Everything. And if I don't care who you call, what lies you tell or what you do. My dad is spoken. My dad has spoken. See? What you don't know, why you are down to not throw tricky back to Fort Jackson tricky scheme in a scam with gospel artists and preachers up there in Columbia, South Carolina, since she was in high school. Tricky. What you don't know is a lot of people love my fellow. And they found out what you did. And what you see it? And up to this point, I couldn't say nothing because I was dealing with your boss. But see now me and your boss is done. Oh well, why don't you stick a pin in that? See what's up? See this. What happen when you get smart parts and people? People thought, Oh dear God, you gave up. Oh dear, oh, you put this big video you saw. So get me. No, no, no, no, no. Your boy asks me for the mediation. Because he didn't want what I had to come to court. He didn't want me to bring Javer Stubbs into court. He didn't want me to bring three accusers in the court. He didn't want me to bring the medical records into court.

But here's the thing. Here's the thing. We agreed not to talk about each other in on social media in any disparaging way at all. We agreed not to mention each other's name. I still haven't mentioned his name. I will honor that agreement. But here's the thing. Even in that agreement, I won't, because I know you're going to read all because think, can't get your car? I can talk about him, not on social media. But I can talk about him in a court of law. I can talk about him if somebody else decides to do a documentary about him. It says Darryl Moore can't be the one to initiate the social media. He can't initiate social media about me. But if a news crew decides to do an investigative piece on him based on something that I started, I can't be called to be interviewed and I'm not violating the agreement. So that's what the smart part's coming. See, here's who Darryl Moore knows the news media people guess who Darryl Moore went to school with news media people yesterday or more. It's on a first name basis with news media people and think about it. You just run to him, make a video for it. And I told him I told you about. I said that big mouth of yours going to get him in a world of trouble. But here's the thing. Hmm. Oh, and in the court case,

court of law. So let's just say, you know, because he had made a threat that he was going to sue some other people. Let's just say he goes ahead with it. I would be called as a witness in the stuff that he tried to hide or have suppressed will be entered into evidence because I'll be helping the person that he's suing.

00:30:53

Abby, instead of me being a defendant, I'll be a character witness, I'll be a witness firsthand, giving firsthand information based on the research I've done and interaction with this person and action with you. And because you've been, you worked for this person so that I know. Right now and make it more. I know that there's going to be potentially a criminal case. Be called again to testify and oath and possibly anywhere between one and four civil cases. And I'm not violating the agreement that I just signed off on. Would would those made official two and a half hours ago? Well, three hours now. Three hours and well, 2000 59 minutes 50 minutes ago. So I'm not violating it by going in the court of law. I'll put my hand about my writing in the sweater. Yes, I do. And then I proceed to plug this into the overhead projector to the right. So getting it to plug it into the USB

and Apple seem to talk because I'm I'll probably be up there for an entire day, maybe day and a half, maybe two. Because they're going to say. I'm just going, yes, right, I don't let the Lord use me. I'm going to abide by the agreement that we both signed off on the one that your boss asked for and I agreed to. Now here's why I agreed to it. I'm not going to tell this part, but I might as well. Because I'm in a giving, mood. Everything about me and you off line from now to the entire. Im going of deal with you off line. You're not going to know what daddy decided but just know the decision has been made. He was the one that said, Mama, what was the what was wrong with that? What was a brain fart? Well, that the reason I agreed to it.

00:33:15

The lawyer put out a claim cost a lot of money and nobody wants to spend all that money. DA da da da. You ain't got no money. Make fun of me because I drive Uber and DoorDash and do all these other jobs, like seven jobs I do because my father raised me that if a man don't work, you don't eat. So, Alan, I talked to one of mediation was first offered to me, I called the three accusers. And I say, hey, this is what the situation is. What do you want me

to do if you want me to fight this thing? If not, I'll just let it go because, you know, I need to focus on my mother taking care of her. I got other things family in my personal life thing. I say, You know, what are y'all want? That's when I found out that certain people have been offered things to go away. So I sid huh since they don't want a fight. Well, not all of them, but since two of them don't want to fight why should I?  you know, I'm not the one making the allegation, so why should I go through all of it if you and then one of them told me that I took his pain and I know this wasn't him talking, but when he first said it hurt me, so I said, why would he said I took his pain for my own personal glory? And I saw as a young fellow, I say, you think I can do a two years of being lied, threatened, harassed, sue for some glory and say I had realized then when I thought counsel sat down to talk to my brother and he was like, that my brother straight, straight, straight.

And he said, Do you realize that aint that boy talking? Somebody put some money in that boy hand. Somebody either threaten him or paid him off. That aint that boys words. But at first when I said it hurt me because I'm like, damn, I had one, if I, I'll

say something like that to me, I thought about, you know, what the hell? In other words, wouldn't even respond had blocked me. But after they had the threats made by you, Davyon, that you was going to reveal that their names. And then I politely let you know that when you reveal the names of alleged victims of a serious crime backed up off of that, but they are somehow their names got leaked to william mccray. No, that's OK, because guess what? And a court allowed everything there was. Because they think that the folks over there shut her down, become public record. What I have already to talk about. And more. Not just the three accusers, but. Other alleged lovers. Including allegedly the step daddy of one of the accusers. I mean, it's just gonna happen. It may not happen for me, but it's gonna come out. The gold come out. And because if I get called in the court as a witness, not as a defendant. I'm going to name names this time I have been protecting people's identities up to this point. But if I'm called as a witness under oath, I'm going to name the names. And I'm going to go down the list on that hard drive. Now before midnight, I am taking down every video as it pertains to your boss, because that's the way I gave my word to

the courts. That's the agreement. But
everything that pertain to you.

1:00:37:52

Deal with it offline. I'm dealing with it off
line. Dealing know it off, offline. Aint that
right daddy? Did it all fly? That's not a
threat. I don't threaten nobody with bodily
harm. But I just know this. You will be held
accountable. For what you said. That
bogus murder plot and wishing death on
my father. You're going to be held
accountable. You gone be held
accountable. And I said, I hope you're
wrong, and I'm not. But you're going to be
held accountable. He has spoken. She has
spoken. You can do what you want. You
can tell our allies you won't. I think I think
your boss spent a hundred and fifty
thousand. To try to make all this go away.
And I think you're about to learn a very
cautionary tale. Just what you mean, how
insignificant you are. You're just like a bug
on a windshield. You better find that out
because there's no way. Money is going to
be pumped into you like that. No way, but
you've got to learn it offline. And I love y'all.
And if you feel so lead by the Spirit ,
please, because I'm moving on from this,
this this, I'm never speaking this boy's
name publicly again. I'm not even

insinuating making jokes about him. Nothing. He does not exist to me after tonight. None of them jokers do. Mookie, either because Mookie is yet to call me to apologize for all he's done and that foolishness. He continues to laugh. I'm not going to have anything to do with him either. Be on the lookout and we'll be interviewing. James Brown, Mr James Brown, the godfather of Souls, assistant of over 40 plus you will be interviewing him soon. I'm going in that direction. The Roku Channel, the app for the A Team to put our content on.

*00:40:56*

That's what this is about. Invisible Man film over here, my film project, I'm shooting my short film, My Pain in January. That's the direction I'm shooting my sons, music videos. This they dead to me straight up. They dead, and me, Kim, Roxane, Marcellus, we're going this way. All this foolishness they can have that. I mean, they don't try to provoke me, they don't try to make video after video because they need me to be relevant and I'm not gonna feed into it this is my last time discussing them. I don't care what lie they tell they can go to hell and stay. Because I guarantee Consciouz when they see what I do as far

as dealing with you, they are not going to have anything else to do with, you know, nobody your boss or them. I'm going to send a clear message as it pertains you offlline. You aint gonna stop my money. And for the record, ladies and gentlemen, Marcellus, nor I Kim or Roxanne none of us are homophobic. Stop telling it. Stop telling that lie, we did it. We got over it. We're making movies, TV shows, content that we can put all our own channel and control our own dollars. That's what we doing. Yeah, keep the other stuff to hell wtih you, have a nice. When we ask the eight o'clock prayer. Eight o'clock, eight thirty me and Marcellus says I cannot see you there. I love you. Thank you. Rest in peace, dad. I love.