The Court approves the dismissal with prejudice
*s/ James S. Gwin*
JAMES S. GWIN
UNITED STATES
DISTRICT JUDGE

IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF OHIO
EASTERN DIVISION

| | |
|---|---|
| Larry Reid, et al., | Case No. 1:21-cv-00991 |
| Plaintiffs, | Judge James S. Gwin |
| – vs – | |
| Darryl Moore., | Joint Stipulated Dismissal With Prejudice |
| Defendant. | |

The parties, Plaintiffs Larry D. Reid and Larry Reid Live, LLC, and Defendant–Counterclaimant Darryl Moore, and each of them, by and through their respective undersigned counsel and pursuant to Fed. R. Civ. P. 41(a)(2) hereby dismiss, with prejudice, each and every one of their claims and counterclaims in the captioned matter, each party to bear its own costs.

Respectfully submitted

/s/ Raymond V. Vasvari, Jr.

**Raymond V. Vasvari, Jr.** (0055538)
  vasvari@vasvarilaw.com
**K. Ann Zimmerman** (0059486)
  zimmerman@vasvarilaw.com
**VASVARI | ZIMMERMAN**
20600 Chagrin Boulevard
Suite 800 Tower East
Shaker Heights, Ohio 44122-5353
Telephone: 216.458.5880
Telecopier: 216.302.3700

Attorneys for the Plaintiffs

and