UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF OHIO

| | : | |
|---|---|---|
| LARRY D. REID, et al., | : | CASE NO. 1:21-cv-00991 |
| | : | |
| Plaintiffs, | : | ORDER |
| | : | |
| v. | : | |
| | : | |
| DARRYL MOORE, | : | |
| | : | |
| Defendant. | : | |
| | : | |

JAMES S. GWIN, UNITED STATES DISTRICT COURT JUDGE:

Plaintiffs Larry Reid and Larry Reid Live, L.L.C. sue Defendant Moore for defamation, false light invasion of privacy, public disclosure of private facts, and deceptive trade practices.[1] Plaintiffs allege that Defendant posted numerous YouTube videos accusing him of various crimes.[2]

The parties agreed to settle the case at a December 6 mediation conference.[3] They filed a joint notice of dismissal with prejudice.[4]

Now, Plaintiffs move to enforce the settlement agreement.[5] Plaintiffs argue that Defendant violated the terms of the settlement agreement by posting new defamatory videos and by not removing existing videos. Plaintiffs request an injunction ordering Defendant to remove the videos and a permanent injunction barring Defendant from posting videos violating the settlement agreement, along with other relief.

---

[1] Doc. 1.
[2] *Id.* at ¶ 3.
[3] Doc. 27.
[4] Doc. 28.
[5] Doc. 29.

Case No. 1:21-cv-00991
GWIN, J.

The Court **ORDERS** Defendant Moore to respond to Plaintiffs' motion by January 4, 2022.

IT IS SO ORDERED.

Dated: December 28, 2021          *s/     James S. Gwin*
                                  JAMES S. GWIN
                                  UNITED STATES DISTRICT JUDGE