State of Georgia    }

                }      §§ Second Declaration of Larry D. Reid

County of Fulton    }

      Larry D. Reid, having been duly cautioned, instructed and warned, does hereby depose and testify, under penalty of perjury under the laws of the United States, as follows:

      1.    My name is Larry D. Reid, and I am an adult competent to give testimony in a court of law. I am one of the Plaintiffs in the action styled <u>Larry D. Reid, et al. v. Darryl Moore</u>, which is Case Number 1:21-cv-00991 upon the Docket of that Court ("this case").  The information set forth in this Declaration is based upon my personal knowledge.

      2.    On December 22, 2021, I submitted a Declaration (ECF No. 29–4) describing the ways in which Defendant Darryl Moore had violated the terms of the Settlement Agreement signed by the parties in this case by (a) failing to remove from the Internet on or before, and (b) adding new content to the internet after December 21, 2021 at 5:00 p.m. E.S.T. which content was about and/or referred to me.

      3.    Mr. Moore has engaged in further activity that implicates the Settlement Agreement since them. I am providing this Declaration to inform the Court of his activities in the last week.

      4.    Since December 23, 2021, the nineteen (19) videos listed in the Motion to Enforce have not been removed from YouTube. Rather, they have been changed from publicly available to private videos. When one enters the url link for any of the videos, the following appears:



**Video unavailable**

This video is private

GO TO HOME



      5.    According to YouTube's help page, "[p]rivate

videos can only be seen by people who have been invited to view the video." This means that the videos are still online, but require an invitation or link to be viewed. "Since private videos don't appear on a channel homepage, the person will need to use the specific link to the private video. YouTube will send them an email with the link once you've invited them, but you can also send it yourself."

6.      Since December 22, 2021, Darryl Moore has also posted new content about me.

7.      Moore posted a video to YouTube regarding me, the litigation and my attorneys on the evening of December 23, 2021. I used the online application Trint to produce an electronically generated transcript of that video, which was livestreamed on YouTube and remains saved and available on Trint, and can be viewed at https://app.trint.com/public/fbcf3bfc-95ed-4aeb-b38c-eea433668bf5. A copy of the electronically generated transcript is attached hereto as Exhibit 1.

8.      On December 24, 2021, Moore posted another video regarding me. During this video, he made repeated false statements about me, but made a point of telling his viewers that he could not say my name online. At that point in the video, his guests "helped" him by saying my name aloud. There was no ambiguity as to who they were talking about. That video is still available online, as of December 31, 2021 at 9:00 p.m. E.S.T., and as of that time had been viewed 2,701 times. It may be seen at https://www.youtube.com/watch?v=6ZK7lZnwl9c.

9.      On December 28, 2021. Moore streamed a video on YouTube entitled Tuesday Testimonial: Definition of F.U.P.A, in which he continued to refer to molestation accusations against me which he has touted since December 2020. That video was taken down by Moore, but I used the Trint application to preserve it. An electronically generated transcript prepared by Trint may be viewed at https://app.trint.com/public/3e94a545-edda-4dbf-9524-103738a1af87.

10.      On December 29, 2021, Moore streamed a video on You Tube entitled Wednesday Night LIVE in which he continued the same allegations and suggests that I am HIV positive (using the coded phrase House in Virginia). That video was taken down by Moore, but I used the Trint application to preserve it. An electronically generated transcript prepared by Trint may be viewed

at          https://app.trint.com/public/fbcf3bfc-95ed-4aeb-b38c-eea433668bf5.

FURTHER DECLARANT SAYETH NAUGHT

The undersigned, Larry D. Reid, under penalty of perjury under the laws of the United States, and pursuant to 28 U.S.C. § 1746 hereby declares that the foregoing information is true and accurate, in witness whereof he has signed below at Atlanta, Fulton County Georgia, on this 31st day of December 2021.

Larry D. Reid

Second Reid Declaration Page 1 of 2

## yt5s.com-Wednesday

🔒 *Created by Larry Reid*

What is Trint?   **Try Trint for Free**   **Log in**

Hello, everybody. Hello, everybody, welcome back. Welcome back if you're joining me again, and for those of you just coming on for the first time to see some new names of faces. I am going to tell you just how bad it is. And Imma come out so you can see me. That lets you know how out of it I am. I was talking to you during the prayer call on the live that I had set up for right now, so I had to go and that's why I started five minutes later. I had to go in and change it. This was the actual proayer call live that I saved, so I had to.... That's out of it I been that's that's how bad it's been lately. But yeah, everything will be all right. We are back, we're back with back-to-back. Welcome to everybody, please click like and share. I am. I feel much better. Well, should be there long time ago. I feel much better. Much, much better. Oh yeah. So as you can see. I'm not in jail, no handcuffs. I aint  been arrested. U.S. Marshals ain't kicked my door in aint nobody come scooped me up, I aint paid no  thousands of dollars of fines. I'm glad to see that some people. Have read some

things on Wikipedia and try to pass themselves out as being intelligent. Oh, well, they're ignorant, but it is what it is. It's all right. But anyhow? Is Marcellus here. I just want Marcellus to laugh with me. Marcellus, I'll send you this. I'm emailing you Marcellus. People look for any reason they can for you to mistake or trip up doing something so they can try to use it against you. Well, yeah, like I say, for the record.

00:03:19

As you can see, I'm not in prison, orange, no jumpsuit, I'm in my living room, not arrested, haven't been arrested and paid any large sum of money. All the other stuff you hear, stuff gets file stuff, get filed on my end to. Well, we're going to laugh, though, tonight we're going to laugh. I am because I'm about to tell you, I'm hoping Marcellas will come up because he can laugh and. Yeah, that's a true statement right here, I want to show what you got rather failed with honor than succeed by fraud from Sophocles. It's good. Good quote. And for the record, because I know you people in the bushes, you got all these names you call me, but I am going to deal with. The demon. That's how imma deal with that demon. That is how I going to. I am going to deal with that demon offline. I am willing

to deal with you. Offline. offline offline offline. Im not gonna go back and forth. If you want to build your channel. It won't be off of me. Because I won't be going back and forth with you. No, sir. No, ma'am. No undecided. Exactly, exactly. I just want to say, welcome to all of you. Welcome, welcome, welcome, welcome, welcome, welcome, welcome. But I want to laugh. I feel like laughing. So I can't put this whole thing up. Gosh, I wish Marcellas was here. Our house in Virginia, as big as, say, houses in Virginia bodies in D.C.. I don't want a house in Virginia. Bad things happen when you have a house in Virginia. Bad things cause you to have a house in Virginia. Yes, it does bad things happen when you've got a house in Virginia. Lord have mercy.

00:07:08

And you've got a house in Virginia. And you trying to hide the fact that you got a house in Virginia? Just need to admit you got a house in Virginia and just gone deal with the life. Part of owning a house in Virginia. Yeah. You know what? Honest Engine. Here's the thing. I have been attacked for two years, and I said it Monday before i took the video now. I have been attacked by church people. People

that supposed to be Bible believers blood washed Christians. That's who's been attacking church not street dudes. Not not not not street dudes, not gangbangers, drug dealers and murderers and stuff. Church folks have attacked me for two years. Call me every kind of name you can think of wish death upon me. Everything you can think of. Churc folk church follk. So The evil one did a video about me. Sunday and then again on the other day.  So. Oh. Hold on one second here. Oh, okay. So let me go back in here. You get out of there. So what was funny? Oh, you're in the car ooh Marcellus when, you get, so I want you to come in because I need I need to laugh with your brother. I need a good laugh. So all. Oh, when I saw the video about me yesterday. I sent. An email to my attorney and an attorney for other people who will remain nameless. So this is where it gets funny. So I'm not I'm just going to read, I'm going to read. The the body of this document, this email. Just what I said. What was it so. I said the employee, I'm not going to say the person's name. But I sent copies of depositions and copies of a video link that I've downloaded said so-and-so, an employee is online right now.

And I said, this is online right now, and I said the YouTube link. Make sure my attorney had it. And I made sure that other attorney had it. So the attorney for a certain person whose name will not be named. And the response I got was not from my attorney. I was shocked. The other attorney. Oh. Said record it. We're watching. Oh, OK, I'll say. Did you get the last email because I sent email early in the day about the first video and what was said in that first video of the did you get the last email? I asked I said, Did you get the last email? Pay close attention if you get the last email. This is worse than what has been going for what he has been doing for two years. And your client? Lies and says this clown doesn't work for him until they admit it, he does. Two days ago. To that, I got this reply. Ladies and gentlemen. This is where it gets funny. I got this. I've redacted everything, so you don't see information, because that'd be doxxing. I got that. I want you to look at the date and time. That's the. When I said he's been doing this for two years, this is what he was. This is what the attorney for, you know, who said as it pertains to Davyon Charles Demille Augustus, a.k.a. Consciouz TV. This is what this lawyer said

about. That guy, He said this guy is out of his fucking mind. I'm watching. We have not filed anything yet and have not been served with anything that was filed by Middleton, which is my attorney. This is what they think of ConciouzTV Unconsciouz TV that's what they think of him.

00:13:20

That's what this attorney right there. Said this guy is out of his fucking mind. I'm watching. And but then he realized he what he thought he was talking to OLGA, see an email. He thought he was talking to OLGA and the other lawyer that's here in Cleveland that specializes in internet slander and defamation lawsuit. That's all that lawfirm handles that that other person in the email. He thought he was talking to them. But he hit reply and responded to me. So I got that email that was meant for them, and he sent it to me. Then when he realized he had fucked up, he said that was not intended for you. Please delete it. Fuck you. No, sir. No, sir. No, sir. This lets me know. They knew all along the role that Consciouz TV played in all of this. So the lie that was told that he. Didn't work for, you know, who. And that he barely knows. This person is all a lie now because we

have the video evidence that that lawyer right here here and my lawyer has where he offered. This demon, a job as his PR person, and he said, I'm going to give you your flowers because you've worked so hard on my case. So there's no more lying at this point. There's no more lying. Oh oh, it's more than evidence. Honest, John, I got the entire thread of this email and my lawyer has it. He thought he was talking to Olga, who's, you know, who's a lawyer in Atlanta, the one that represent everything. He thought he was talking to that woman and the lawyer here. And that's what that's what he said to them about Consciouz TV last night. But he thought he didn't realize he was talking to me.

00:15:47

He thought he was talking to them and he cc me, he responded. And cc them on the e-mail. The email is addressed to me. And he cc them all the email. This is what they think of you conscious TV, you have long. This guy is out of his fucking mind. I'm watching. They were watching. You Consciouz make a complete idiot of yourself. Lie and tell all those lies they knew you were on the line saying that I was arrested. They knew you were lying when you said that I did fined money and that the

marshals will come in and come and get me and all this stuff. They knew you were lying. They knew it. But it gets better. It gets better, it gets better, it gets funny, it gets good. Oh yes, Lord, yes, it Lord. So when he said this is not was not a for you, please delete whatever you should have done your due diligence and make sure you were sending it out to the right person, sir. So. I responded to that. I said, I'm glad you're starting to see that your client is a liar and his employee is insane. Here is the John Kelsey Stevens deposition. Your client claimed that he barely knew who conscious TV was. Now you know that is a lie. And I attached the deposition and the transcript, the official transcript to the email did. That i already had I made sure he got it again. So to that, because he now realizes he done put his foot in his mouth by saying to me that that his honest opinion of conscious TV, he says, Mr. Moore, I may not communicate with you. And then he put in big red letters in all caps.

5:00:17:43

Stop writing to me hyphen now. And I said to that, I reply, I said, I agree we all need to talk to the magistrate and the judge. I agree. We all need to sit down and talk to the magistrate and the judge because A

somebody over there didn't honor the mediation that they requested of me. They didn't honor it. They set it up under false pretenses to get me to stop talking while they had their employee come out in a public space and still attack me at their behest. And I have the emails to prove it. And the video and we gone sit down and talk and see what the magistrate got to say. And that's all I got to say about that. And I'll take this off the screen. And I am not in contempt of court. What I am in contempt of is you lying sons of bitches. That's it that's it. But like I say, Conscious, I'm not going to argue with you. You make a video at the video video. I'm going to deal with show ignorant ass. You can keep making video after video, you can tell people I'm in federal custody and I got thousands of dollars of fines and all this other stuff. You can lie, you can lie, you can lie. But what you cannot do is defeat the truth. And that man last night spoke his mind about you. This guy is out of his fucking mind. I'm watching. We have not filed anything yet and have not been served with anything that was filed by Middleton. Now, that was a lie, because I know for a fact, my attorney filed paperwork last Friday. The deadline was Monday close of business.

What has not happened, boys and girls, is that the other people over yonder didn't sign off on it, but it was turned in.

Because when you turn it in, if an electronic timestamp. So the judge, I'm not going to sign off on it. And with all the signatures on there. So when they said I was in contempt. Because they found some video that out of all the videos. One video didn't elicit a whole laundry list of. Fine and dandy technically, I didn't have to take him down because the other side didn't sign the documents by the close of business. But then they file this nonsense. And that's fine. And then the response. We will handle it accordingly. Well, like I said, I'm not going to handle this on social media. I'ma handle you and all of this. Because if I have to go anywehre else and handle it like a courtroom. Houses in Virginia gone get discussed. Imma deal with you. I'm going to deal with this. Right there. Houses in Virginia bodies in D.C., some sure nough is a body in the DC. So i heard Don't make me talk about it under oath. When God favors you. Your enemies can't touch you. And remember what that Apostle told me as a young man, as long as you tell the truth, God will fight your

battles. I don't watch you Consciouz TV. I ignore you because I think you the most ignorant waste of space in the history of human existence. The world would be a better place if you won't in it. You have no redeeming social value. And you look like, hell, now you done gained a lot of weight, you gain about 40 50 pounds. You look like hell with that, wig on top of your head. I would have never known about your big mouth, you and your employee, Big Mouth, because I don't watch you. I ignore you on purpose because you give me gas.

It was brought to my attention. Oh, you're going to talk about the other time while he was on the fucking. No, no, no, no, you need it. You need to get a copy of this video. So I'm OK. I'm not going to watch this long download, which I do. Now you go to such a site to the three hour and something mark, which I did. And. For Delicious and our old friend been getting on Marcellus for eating online that's something they dont like, but I'm hungry and I deserve a snack but anyway I would have never known. The deadline was Monday. You did a video Sunday you was already bragging about what happened. That was in the agreement. You werent'

supposed to do that Because as an employee, you can't even talk about me no more. You got to take your videos down. You work for a party in the mediation. The mediation couples, us and all our employees or people that we have control over. Subcontractors, whatever. That includes, you now, because you're oh, I'm so happy, I'm the new PR person, you've been doing it and you've got your flowers. You got your flowers that you talked about. You got your flowers, all the work you did on the case. So now that you employee all your videos got to come down. About everything, both sides. You an employee, you part of it now. So it's above me now, but I'm a deal with you and them death prayers. And all of the murder plot. Not gonna go back and forth with you. You won't get handled in a court of law. Don't know which court, but you're going to get one. And hmm. Oh. Im gonna eat this. Delicious. That time are your and wrote, Hey, you got a big mouth. So you'd have a smart card, too.

00:25:46

I don't do Wikipedia searches and put up fliers from Wikipedia. I have smart cards. You don't. You try to pass yourself out as being intelligent and you're not. Rooster

boy somewhat. No, Kim is not a fruitcake, I'm eating that. Friday night. I thank God for people that keep me covered in prayer, even when I am acting a fool. Not paying attention. Thank God for people who have my best interests at heart who could keep me covered in prayer and genuinely have my back. I would have never known about your big mouth Sunday night brag. Oh, yall over there Fupa this Fupa that and your fat ass is bigger than me. You got linebacker shoulders you built like Warhol. You real big now. You need you a shawll or something to go over them shoulders. So you you a Hefty Hefty Cinch Sak now. That was one then last night. I still don't pay attention because I know whenever I post, if I do my thumbnails, If i post on stremyard that I'm coming up. I know you're going to try to do a video because you got to. You need me just to exist to survive. Then you came out here and said, you could prayed for my mom to die now if my mom would drop dead like she. Eighty five year old she lived a full life. What about your mom? What about your dad? You ain't hurting me that dont even faze me, I had two parents that stayed married 64 years. both of them in thier eighties almost made ninety. If my mom would go to glory right now while I'm

yt5s.com-Wednesday Night Ci... | Public View | Trint

12/31/21, 3:03 PM

talking, I'll be hurt. But it ain't because of your prayers and your voodoo curse is not just old people.

They've lived a full assignment. Well, let me tell you about my dad since you talk about him. I feel better now, forget got that that grief of all my dad's a Vietnam veteran with Vietnam three times. That's not what makes him great. What makes it great is the way he treated my mom. Sixty four and a half years. He raised three children to love God, go to church, pray, worship, serve God. He has six grandchildren. Six grandsons, six, two great granddaughters. The last thing out there, other than one assignment my dad gave me that I'm working on now taking care of my mom the other one. When I got custody of my youngest child, he said, Boy, do not let me leave this world until my grandson has my name. And I got his name legally changed. May fifth the court made it official. May seventh I graduated from my paralegal program. May 21st, my son, graduate high school with my dad, his last name, May 30th, when the assignment as a data academy and father. I kept my promise. Your grandchild has your name. My father left this world with all six of his grandsons.

Well, my sources child bears his dad's name, all the rest of the grand boy got my daddy's name. So he didn't leave here because your curses. He left because his assignment on this earth was done. And he's the thing. You know how when you get six people, pallbearers carry you to your grave? Guess who carried my dad to his grave? His six grandson. His six grandsons grab that casket and took him to the grave, and he got a 21 gun salute. What about your family? You. You're right on his job. He thinks he can push back, but he doesn't.

*00:30:45*

I just look at him because if I get mad about him, say he pray my daddy, daddy prays mama, and then he can really say this won't make me mad, because if that didn't push it, I don't know what to do. But you know, my dad left this world. His six grandsons carried him to his grave. And three of them, three of them, grandsons, Matthew. The baby boy provided three sons that took their grandfather to his final resting place. And you think I'm I feel bad about some, if you got so much magical powers. You know you made your life better. You wouldn't have been strung out, you wouldn't be walking around with a

piece of hell with your face like that looking foolish. You wouldn't be living like you're doing scheme in lying and just pure evil. If you had magical powers like that, you you'd first put a spell on yourself to make your own situation better. You wouldn't be in a parking lot, bustling wide open down on to not. That's right. Not insulting your mistake in effect. So if my mom would drop dead right now, the phone rings say, Hey, my brother, cousin mama just died. I'll be hurt. I'll be say. But it ain't going to do what you. You can bear out in a minute call if you want in your birth drawls, whatever, whatever their foolishness stuff you believe. I don't believe in it. I believe in God. So this stuff, you trying to tell me in spirit? I don't believe in that. So I don't know what the phone gets me, sir. No, you lie. You keep lying. You keep lying, even even even the best I can, you pronounce his name Vasvari even he said this guy has lost his fucking mind.

That's what they said about him. But he didn't realize he was telling me that he thought he was telling Olga and other two other person that we were telling it to me because I'm the one, he said, emailed to say, No, you crazy. Catch it, say no, ain't

no hiding. No, that combined with the video that you made earlier today. You give me all I need, and I thank you for that big mouth of yours and that ignorant, empty hear you. You give me everything I need. Thank you. Oh, no, what the TV angle helped me along, but Colonel. Like I said, I'm a deal with you, what's the word hashtag offline? They're going to go back and forth with you. Oh, I'm done. I could call you name back, I guess, because I'd be a stand up comic for five years. I could I could really, really lay into rehab. But. What is the game like, I see? I am making a movie. This is what I'm doing, sir. So anybody that wants to do a voice over email me, those are the characters that I need to do the voice over. You will be given an IMDb credit, which means you have a professional actor's credit on the international movie database, which means that when people start looking you in all forms as part of their professional acting, they got the movie credits and you get it because I'll be including you in my film project so that when you start, if you have never acted before, now you have an acting credit if I select you. If you've already been an actor, you'll get additional credit. Just build your resume. So and you

yt5s.com-Wednesday Night Ci...1 : Public Vmtv (Trint

12/31/21, 3:03 PM

don't have to show up. I'll be able to record
you over the phone.

*00:35:23

So if you got a little girl, this African-
American female age seven nine looking
for a little girl, do we look cute? The girl
boy might be my ex-girlfriend, African-
American, female, 25, 40 teacher, male or
female race unimportant. Age 35 to 50,
somebody play the neighbor male, female,
I prefer African-American because most of
the time I grew up other than my dad's
military. I lived in African-American
community. Football coach can be any race
male, a thirty five foot. So that's my first
year project started in January to start my
year off. I'm about to get back to the
business that pays me for real. All this, all
the analysis I've been dealing with.
Transition, new ship, new direction. Back to
basics, because when I started my
YouTube channel, when I started my
YouTube channel, it was originally for me to
showcase my filmmaking, my acting. Then
I'm, you know, so much of what they are
you. And then I had my other YouTube
channel, strictly from a stand up comic and
people what I would have found those
videos and started trying to troll me about
videos while 200 pounds heavier and 10 12

years or longer younger. So. I'm getting back to what this channel is about. I'm going to be doing my own content and be interviewing people because I love telling people, store them to be doing documentaries. Be travel around shooting peoples. Documentary many dots. You know what? People tell their life story in a little capsule and put that content on it. The Roku Channel that we're going to be doing. I'm getting back to the real. Focus and you ain't it, sir, I'm going to deal with you. OK. You're not getting a back and forth from me. You're not.

I sure do need him seasoned teenage blow member or. And any scandal? I am getting back, I got my I got my. My beau, Mike, over here in court, I got all my camera equipment. I'm going to rock and roll. I got my camera, my camera bag, all my equipment behind and my tripod. The stuff you saw pictures of from the one I lived in on my other location in the Tree House. I'm going to be focused on the real thing. You know, making jokes about. A person doing Uber and DoorDash and notarized documents officiating weddings. What else do I do appreciate what is not a right document process server, DoorDash,

Uber? I'm forgetting some, but like several things I do, oh, filmmaking, acting. But besides the filmmaking, it's like, well, that's part of the seven. So yeah. Are you planning my life hacking all? Knucklehead, maybe Halo Day, how ya doin? Hey, little, Daryl's father, wasn't he playing my video? Hey, how ya doin? He has no content of his own, so he have used me to try to watch as he got. He got fetal alcohol syndrome. He real slow. All his momma got rid of him when he was like 12 15 catching. Want to know my daddy and out of prison? Hey, look there. How are you doing live there? Morning, noon long? Yeah, that's all. Anyway, back to my obsession. Yeah, everybody in comments held their hand up there. How are you doing? You ain't got no content, so. You have to use mine to play my and all the commentary. I know you flower, hey, look there there are two point zero point zero five. Yeah, you ain't in my hair for me. You end up there. Hey, Raymond, how are you doing? Short bus with attendant, one of them to participate in a seatbelt in a wheelchair.

I live there. That's what we going to do for now. Every time you do that, this hashtag ain't no bear. Hey, there. Hey, you ain't got

no content, you got to play my video and all that kind of there. Yeah. No, no, no contest, no life. You know, you just sign up on. Interactive gaming chair also, Rufus. You know, you was already a fetal alcohol syndrome baby or a. Hold off. I'd like to educate my father was over here. Oh. Well, hold on a. Although they get good order. I got some. Oh, it's fine. Order. No, the cut up. So I. Like to educate my people, so as you can see, fetal alcohol syndrome. Who who looked like that right there? Alabama, a big picture. Alabama. If you're someone who almost like that. Who looks like that? That can tear me down, though, like Chairman Chen online. General lives in the basement, not in a basement, in apartment. Oh, no, no. Nobody's employed full. No, not not not bow down in Texas, heat especially. Look there. Look there. Little better. You sit there, you smoke reefer. You already. And you are really. Crazy, catchy. Well, you know, your mama drank heavily, which means you can. You know, sooner or later you go in, I'm in trouble with the law so that all of them would have fetal alcohol syndrome, and that's what they end up with. Brain brain is just this well known, but ain't nobody home. Oh, goodness, there's another one that's probably your middle

school picture right there. You know what mean? As you. Yeah, that was, you know, anyway, I had to take that bright look, lighten the load in a bit. Some I a bit. I would not have found out what I found.

And I thank God for sending angels in my life unawares to me. Because I would have ignored it, like I ignore a lot of the stuff. Sometimes I have so much stuff that I download, I say, You know what? At this point, the Hill will look at Fool say about me. He everything he come out of his mouth about me is a lie. So why? Why upset myself? Because I even tell my moderate and friends of him, like, I'm not going, don't get upset because some of them get mad at me when he talking about me and I'm like, Why would I get mad all? Because I know he lied. He know he lied. And that's just it. But thank God for persistent and true friends. Because that would have hurt. Sink your own battleship. Even the lawyer. Who filed this document against me today? Handed me meet, and I quote. And I quote. This guy is out of his fucking mind. Now what he said about you out of your fucking mind. Nobody said about it, not me. Yeah. Calling. Talk to him. He said you out of your fucking mind. So

he said that. Your boss's lawyer? You know, both lawyers say you have your fucking man. I didn't say my lawyer didn't say your boss noisy. Oh, what? And today we've got that part to buy in Detroit. I will be dealing with to show no. Oh, by the way, you've been blocked. A block after you put hash tag and all that stuff to my isn't just a temple. Whatever your pocket, but what you didn't know, I know what, you really know what you work. So we'll see if your employer. Oh, yeah. We'll see how they feel about your behavior.

Yeah. I don't think they like that particular job, you were trying to put that out there because that be gutsy. Yes. But you do not have a tank of gas, the two hour drive. 80 with Turnpike. Right now, 80 cents there. Anybody? We'll never. Yes, they did. As a matter of fact. Twenty four hours. Been out of my life at 15 p.m.. The monkey boy did his show Sunday night. There there are some in that, yet another last night. I don't know if you laughing at a thunder where you say, pray for my mama to die. I can't remember. I don't watch. I didn't watch. But the part that I did see was the part where. I'm going get your roses, follow your heart was. On my case. You're a mammal PR

person. Oh, oh, oh, I'm so happy I'm paraphrasing. That combined with the deposition from the years, well, something about a inui to now all of a sudden admitting that you worked so hard on their case for pertaining to me. That combined with this with the lawyer saying you've lost your fucking mind, lets me know that the lawyers, all these lawyers knew what you were doing behind the scenes and in front of the camera on behalf of their client. But he went into court your balls and perjured himself because he said he barely, he said one in September. He said he didn't. He said you were not his employee that you don't work for him when he clearly said. The other thing Sunday you do work for him, you've been working for him for a while that he admitted that on video. You are in his employ, you are under his control, which means that the mediation now applies to you, or there shouldn't be a mediation that meets all your content got to come down to or.

This mediation needs to be rendered null and void. And then I go back to a hammer and a nail that son of a bitch, and then I go back. Hammering and nailing you too, but you gone get dealt with. Well, say it again

with the chilling. Offline. But I didn't say it. It came out of your big mouth. You tell, yes, and all of those over there on either side is recording this video. It's my you record this right here because I'm a fight now. Your client told various. Would this be? And even our own Matthew said he's fucking nuts. He's lost his fucking man. I didn't say you did, so you can record that video. And you're right, we are going to talk to the magistrate judge others, because when they see. Look, I never got to show it when they see the transcript. When he lied in the other case, that's perjury in that case because he said he barely knew this guy conscious TV. He just somebody who supports my platform. Now we know coming forward the timeline. We know that he's been working diligently. Against me for this case. There's a there's a history there. They have proof that when you lie back in that deposition, which is under oath, which is perjury, and George with this ogre, I know you listen over tell your client the penalty for perjury in Georgia because you're a criminal defense lawyer. Oh, wait. But and he and Ohio. In federal court in September, although the statement was made, a conscious TV doesn't work for me. He doesn't work for the MBN network. He

12/31/21, 3:03 PM

doesn't work for better living that. He does work for me. And what you said two days ago. And then you offered him a job as the PR person, your personal PR rep.

00:51:46

Minister with a flaming hot Cheetos gay man with a blond multiple colored wig on his head who practices witchcraft. But he's got the PR person for a minister that would you say you, a minister, but in your deposition? It was stated that I used to be a minister. Now, the senior minister. Which is it? We shall find out real soon. Oh, but every time. We'll see. I was I had a flag here was let me explain this, this how this how you use an idiot to your advantage. This is real art of war conscious. You keep your friends close, but your enemies cancel and see what this boy is doing. By playing my stuff on his show. Illegally. Without my permission. What are you doing? Eventually, when I get tired and I found the let's see, that's my logo. What he's doing, he's bringing traffic to my page, so he's having the opposite effect of what he's trying to accomplish. He is trying to. Attack me and tear me down, but what he's doing here. Slow going, are people again out like Dale? No way. So they open it with him, the 50 minutes over there with him or whatever

yt5s.com-Wednesday Night Ci... 1; Public Vine (Trint

the case may be. And they watch. But then some of the people that were there who talk about this guy all the time and they go, look to see what this guy is really about. And then they come over here and they find out who I am and what I'm about. And then I hope I don't particularly like to do, but they do don't like almost anything. They subscribe. See, when he clicks on and does all that, he he sends traffic to my page, which increases my algorithm and my minutes view, which all increases my Google assets.

So basically by default, what he means for evil got flipped around me for good because he's. Sending people my way. By default. Thank you live there on slow, slow fetal alcohol syndrome. Having a sound bite? You. Thank you. Yeah, Mississippi girl, he prayed for my mother and my father that he did that love that moment of death. It is all good. Well, good luck because. If my mom, like I say, if she needed where right now? She leave behind three adult children who love the Lord, and she raised in the fear the noble Lord, they gave her sick, great grandchildren and two great grandchildren. She leave here with none of her children, all her offspring. Big strung

out on dope, selling a body in the parking lot. She had she didn't leave that behind if she needed to make. One of her grandchildren. He's a minister. Although this real estate company. Other to. College graduate band instructor. System ban is my three key is to remain caller one on the way. No baby mama drama, no drugs, no gangs. All of that time. Gaining life to crack. The great man, my nephew, oldest nephew, two daughters. Three preachers, kids. So. Look at my family tree. Look at his. I'll leave it right there. Yeah. Oh, I know, I already know, yeah. Yeah. So here's the thing on his on his engine back last saying the email was about me. Why? Because when conscious TV unconscious TV was on fire last night doing his show, the lawyers for his balls were all watching that and recording the show because I had already sent the link to them and my lawyer. So I was in a one and all. Yesterday I did. I did a little video in my car.

*00:57:04

You know, what's the day to day testimony? I did a testimonial video during the day while trial. Our no line when that was online, so that email wasn't about me. This comment right here. Was not about the cigar block because I wasn't doing a

show. As a matter of fact, while he was doing a show, I was talking to my friend. This guy's out of his fucking mind, I'm watching. That means he was watching conscious TV, not the cigar block, because I wasn't home last night. I didn't do a show last night. He was talking about conscious TV in this email. This guy is out of his fucking mind. I'm watching. And before that, when I would send my emails. Yes, record. They record everything. They recorded this. No, I'm not going to share a home email bedroom at all because I cannot do that because it has certain people's names in it. But my lawyer has it. My lawyer has. And he has the lawyer for. We both know, I'm sure, the whole e-mail I have now, my friends over here, like my friends and some other people have seen it off line. But I'm not going to put it on social media. No, I'm not that big of a damn fool. I'm not that big of a deal from. I may act crazy, but I got good game, fair. Now, Sarah, I'll show the part matter. Well, he said it was what in mind that everything else is going to be dealt with. Mr. Cooper is going to be dealt with well. We. I'll be off. Now, just for me to lay it, I put that little part of this like a joke, but rest of it. Oh, yeah, but ah. Oh great, his name name is leaf

yt5s.com-Wednesday Night Ci...1 Public.mkv | Trint

12/31/21, 3:03 PM

blower.

But what? We almost it out and I'm going to be out of here quickly. Clover. Oh, I got some books, some good sweet. Some of you. I got all my Christmas shopping done to my Lord of the Lord in the atmosphere. You hear me. The Lord is good. I got all of my Christmas shopping done. No, hang on to houses again. There will. Everything I. And dealing with this demon. And for those of you watching me. Use this cash app now. Because all funding goes to my film projects. If you want to be an investor in my field projects, I will be doing a video about explain it later on. Profit share. Yes. Faith coming down the line and don't deal with foolishness. They deal with business. Exactly on Assange. Oh, thank you, I got that. I love that. I love that. I don't know who you are, but I'm about a half hour, which I have all. He showed he showed a whole email. He denied it. I doubt, I doubt highly. He showed that whole email. I doubt highly. He showed the whole email, Mr. Cooper. I doubt highly. I doubt it have. And if he shows, let me show what what, what was on the timeline, because it ain't the one that my attorney hasn't and his boss attorney has. Oh, it's a lot of troubles

ahead at 9:00 a.m. And. But anyway, I'm a liar. I'll tell you what I'll sing, you know, thinking you can come up here and tell me a lot. Tell me, how about it? I bet you won't do that. I bet you won't do that. I bet you won't come up here. Away, I bet you all. But you got to show your face when you can't show your face when you come up here.

I bet you won't do that. How about that? From Mexico, I block yo yo yo suspect, I have many, many times I don't know how you keep popping back up from Mexico. Other worth troller Mexico. You are now down for one a day. You don't tell your mama and she should have followed you when she was conceiving you. Yeah. And hey, Will Smith, you your daddy should have just pulled out a gun gun. Yeah. But yeah. Yes, 72 per cent tender or whatever. That's a holy name, I only. I don't think you're problem 7:08 great anyway. Yeah, because in order to comment in my chat, you have to be subscribed to me for five minutes. So even though you came over here calling yourself, telling me you gave me five minutes of viewership, which makes my algorithms go up and then I block and delete your cable, that's how I do

business with you. That's how I get. I get smart parts. Yeah, you come over here and troll and say stupid stuff, but you have to be subscribe to me for at least five minutes, which means you make my algorithm good. And then when you comment, you say something stupid, if I don't catch it and block it? My moderators do. And then you go on anyway, after you make my algorithms go up. Yeah, no. Needed statement, Dear Davis, came to steer my job, but you can't do it. It's the Christmas season and I have a burrito and I'm in a good mood. And I'm in a good mood, so I don't know what you're going to do. But it's some automated trials. And I'm laughing, having a good time. Somebody to eat the burrito. Hey, bro. Good evening. Can you hear me? Of course I can't answer.

Oh, that's okay. You got over your budget. Oh yeah, that's an old picture. Well, actually, it was from this year when we were giving away some school supplies and getting all that stuff to the kids who needed it. Let me let me just say a couple of things, and then I want to bring this show to a close. There are lots of close this out. You know, there are a lot of people saying

a lot of things on the internet. And you know, I understand why some people feel the need to go after or to be so ridiculous in some of their comments. You know, and I, you know, I'm fine. I mean, I'm I'll be fine. I was fine. Yesterday would be fine next week, and I'll be fine the week after that as well. Because the let me just be very clear on something. You, you and the individual that, uh, you guys had your mediation. And I can say his name. You can't. So let's just let's let's just do this. But for the sake of this, you know, getting out of this habit, I want, you know, we got to move on. I want you all to listen to me very carefully. Listen to what I'm about to say very carefully. The merits of Darryl's case, as well as the merits of all of the other party's case, was never litigated. Now I know some of these things are going to go across some of your heads because you're you keep listening to the wrong people and you keep hearing some of the foolishness on the internet. These things were never litigated. That means it was never brought into a court of law to discuss the validity of the things that were brought forward to say whether or not those things were true or false.

OK. Going through mediation, going

through mediation, which was requested by the other party going through mediation mediation was simply an agreement between that individual and Darryl that they would neither speak about each other. It did not say whether or not the validity of the statements were made were true or not, because say, here is the here is the the foolishness of all of this. And this is one of the reasons why, like I said, I'm so sick of this and we're not going to be discussing this. You all need to understand something. This going back and forth and arguing with people about, you know, all of this silly stuff is just ridiculous. I am a business owner. I have a business to run, you know, I am a true philanthropist, which means I have an organization that I truly work on to ensure the fact that other people's needs are met and things are done. And I do that on a consistent basis and on a daily basis. Our organization is working to make sure people have what they need. So mine is not ethereal. I'm not asking you to send me a cash app I and asked you to do anything. That's something that my organization and the organizations that I work for have tremendously done and put forward. There are things that Darrell said in his on. His responses have not been litigated. OK, so

those things have not been proven true or they have not been proven false. So all of these lies and all of this stuff that's going back and forth is a tremendous waste of time. Okay. At this point, everybody who is doing all of these videos, including that oodles and noodles haired lady, all of you all is doing, is new.

01:08:01

All these videos and you're putting people's pictures and faces on things and some of you are committing, you are doing slander. Some of you are doing it. You are slandering individuals and saying things are happening to individuals that are not happening and you think you're sick and you think you're going to get away, but you're not going to get away. You're not going to get away at all. All I want to tell you all is this. I mean, I want you all to hear me clearly the validity of the statements that were made on either side have not been litigated. They went to mediation. They agreed to stop talking about one another. And that should be the end of it. Period. OK. That should be the end of it. So if neither yay nor nay, as far as I'm concerned, so anything else that you hear in social media about somebody saying that somebody lied and somebody did all of

this stuff, none of that has been proven that those things have been true or not true. So you all going back and forth and saying all of this foolishness is just ridiculous. I've had enough of it. Like I said, we're not going to be discussing this and this is it. So I want to thank everybody. Please make sure you hit the light button. Please make sure you hit the share button if you have not already done so. That information as far as the support of the program, you can definitely do so. We love and appreciate all of you that have supported us. I'm not in the business of going back and forth with anyone. Also, let me just say this publicly. Let me say this publicly, you are not going to come to me two years later.

01:09:40

You want to apologize to me and say, I'm sorry to me about anything that you have done or said. Two years later, when you know you are lying and you know who you are because I know you're in the bushes and I know you're listening. I want you to hear me very carefully. I will never accept an apology from you and no other person involved in this foolishness. But all of the lies that you all have told and all of the stuff that you guys have done trying to dox me, calling my professional places of business,

I will never forgive you for what you've done. So don't ask Darrell can't facilitate nothing between you and me and that glitter biscuit over there. You can't. You can't facilitate nothing for me because I do not accept none of your apology because your apologies are mute and I will not accept it. Also to Mookie Mookie. You need to go sit your ass down. Now I have tried to be as patient with you as I did somewhere and sit your ass down and shut up and stop taxing all of these people and bothering all of us because you don't know how to keep your life. We are not your enemy. We bring you back and forth with you. It is over there. I don't know who this is that is calling me. I don't know why y'all would choose to call me now anyway. But first and foremost, don't call me. Mookie Dustoff picked on these women over here. Stop sending us your cash out. And I said we would have sent your wife some money. You know, y'all was telling the truth. We would have taken care of her, but she was lying to your head nigga.

You were lie in and I don't do that. I don't do lies and I don't do liars, don't do lies and I don't do liar. Now you can make some missteps and you can make some

mistakes. And I'm fine with that. But I don't do liars. So quit talking about nobody forgave you. You don't apologize. We accepted your apology. Take your ass o somewhere and leave us the hell alone. Go ahead. I don't done as much work for your YouTube channel as I'm gonna do. So if you get over a thousand, God bless you. Do the best you can. I'm done. Darryl, as far as I'm concerned, we need to bring this show to a close. I want this to be over done with. Let's go. God bless all of y'all. Have a wonderful night. May the Lord bless you and keep you. And is our prayer for you and for the rest of y'all a lot of the social media that's going to keep this foolishness going. Y'all go find y'all something else to do. Go get a damn job. Go get a job and go read a book. And that's all I have to say. Good night, y'all. Hit the button there. Let's go. Yeah. Okay.

data-yjs