IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF OHIO
EASTERN DIVISION

| | |
|---|---|
| Larry Reid, et al., <br><br> Plaintiff, <br><br> – vs – <br><br> Darryl Moore, <br><br> Defendant. | Case No. 1:21-cv-00991 <br><br> Judge James S. Gwin <br><br> Magistrate Judge Jonathan Greenburg <br><br> Second Motion to Enforce Settlement Agreement and Motion for an Order Requiring the Defendant to Show Cause Why He Should Not Be Held in Contempt |

Plaintiffs Larry D. Reid and Larry Reid Live, L.L.C., and each of them, by and through undersigned counsel, hereby respectfully move the Court for (a) an second Order to Enforce the terms of the Settlement Agreement between the parties as to Defendant Darryl Moore and (b) an Order requiring Defendant Darryl Moore to Show Cause why he should not be held in Contempt for violating the January 22, 2022 Order (ECF No. 33) requiring him to refrain from violating the Settlement Agreement and to desist from publishing, online, new material regarding Larry Reid, which Moore has done repeatedly since January 12, 2022.  A Memorandum in Support of these Motions is being filed herewith and is incorporated by reference herein.

Respectfully submitted

/s/ Raymond V. Vasvari, Jr.

**Raymond V. Vasvari, Jr.** (0055538)
 vasvari@vasvarilaw.com
**Vasvari | Zimmerman**
20600 Chagrin Boulevard
Suite 800 Tower East
Shaker Heights, Ohio 44122-5353
Telephone:  216.458.5880
Telecopier:  216.302.3700

Attorneys for the Plaintiffs

## – Certificate of Service –

The foregoing was filed today, Friday, April 22, 2022, via the Court Electronic Filing System. Service will be made upon counsel of record by, and copies of this filing may be obtained through operation of the CM / ECF System.

>Respectfully submitted
>
>/s/ Raymond V. Vasvari, Jr.
>
>**Raymond V. Vasvari, Jr.** (0055538)
>  vasvari@vasvarilaw.com
>**VASVARI | ZIMMERMAN**
>
>One of the Attorneys for the Plaintiffs