| | | |
|---|---|---|
| State of Georgia | } | |
| | } | Declaration of Kendall C. Peacock |
| County of Fulton | } | |

     Kendall C. Peacock, having been duly cautioned and warned, pursuant to 28 U.S.C. § 1746 and subject to penalty of perjury under the laws of the United States, hereby declares and testifies as follows:

     1.     My name is Kendall C. Peacock. I am an adult competent to testify in a court of law and am suffering from no condition that would impair my ability to testify accurately and truthfully. The information set forth in this Declaration is based upon my personal knowledge and true to the best of my knowledge and recollection.

     2.     I am employed by Larry Reid Live, LLC as a personal assistant to Larry Reid. My job responsibilities include assisting Mr. Reid with various scheduling and administrative tasks. In the past months, I have been assigned the responsibility of periodically searching the internet, including YouTube, for content about Mr. Reid that has been posted by Darryl Moore, against whom Mr. Reid was involved in litigation in the United States District Court for the Northern District of Ohio.

     3.     In addition to YouTube videos, I search other places where Mr. Moore might post content as well, including the community page that is circulated to his YouTube subscribers and a social media site known as By Me a Coffee, where Mr. Moore has posted in the past.

     4.     On or about September 16, 2022, Mr. Moore posted two items to his community page. In each case he copied the post of another YouTube content creator whose post referred to Larry Reid, or promoted content involving Larry Reid. I created screen shots of each of these posts to save them in the event they were no longer accessible online.

*— this area intentionally left blank —*

   a. One of these posts reproduced a post by a woman named Linda Jernigan. It is reproduced here.



   b. Another one of these posts reproduced a post by a user identified as Mouth TV. That post is reproduced here.



   5. On or about October 9, 2022, Mr. Moore posted two items to his community page. In each case he copied the post of another YouTube content creator whose post referred to Larry Reid, or promoted content involving Larry Reid. I created screen shots of each of these posts to save them in the event they were no longer accessible online.

a. One of these posts reproduced a post by a user named All About the Trees. It is reproduced here.



b. Another one of these posts reproduced a post by a user identified as Sea Dabeyway Show. That post is reproduced here.



6. On October 9, 2022, Darryl Moore posted a video to his YouTube channel in which he speaks directly to the camera and addresses a single viewer ("you") in the second person. Based on themes Moore has articulated in past YouTube videos the monologue is about, and directed at, Larry Reid. As of the date this Declaration was signed, that video is still available on YouTube, at www.youtube.com/watch?v=RlgaGovyWIA. The promotional screenshot for that video, as it appears on YouTube, is below.



**Further Declarant Sayeth Naught**

I, Kendall C. Peacock, under penalty of perjury under the laws of the United States, and pursuant to 28 U.S.C. §1756, have read this declaration and declare that the information stated herein is true to the best of my knowledge and belief, in witness whereof I have signed this Declaration on the date indicated in the City of Atlanta, County of Fulton, State of Georgia.

_____         10·22·22
Kendall C. Peacock                                        Dated