D. Moore
1977 E. 224th St.
Euclid, OH 44117

CERTIFIED MAIL

7021 0950 0002 0574 977

Sandy Opacich
Clerk of Courts
801 W. Superior Avenue
Cleveland, OH 44113 - 1838

44113-183025