IN THE UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF OHIO

| | | |
|---|---|---|
| **LARRY D. REID, et al.,** | ) | |
| | ) | |
| PLAINTIFFS, | ) | CASE NO.: 1:21-CV-991 |
| | ) | |
| v. | ) | JUDGE JAMES S. GWIN |
| | ) | |
| **DARRYL MOORE,** | ) | ORDER OF REFERRAL |
| | ) | |
| DEFENDANT. | ) | |

Upon consideration and pursuant to Local Rule 37.1 and 72.1, this matter is hereby referred to United States Magistrate Judge Jonathan D. Greenberg for a Report and Recommendation concerning the motion to enforce settlement [Doc. 45]. Any subsequent pleadings filed with regard to the instant motion should be referred to Magistrate Judge Jonathan D. Greenberg.

**IT IS SO ORDERED.**

Dated: April 22, 2024

*s/   James S. Gwin*
JAMES S. GWIN
UNITED STATES DISTRICT JUDGE