# IN THE UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF OHIO,
### EASTERN DIVISION

| | |
|---|---|
| **LARRY D. REID,** *et al.*, | CASE NO.: 1:21-CV 00991 |
| Plaintiff, | JUDGE: JAMES S. GWIN |
| v. | |
| **DARRYL D. MOORE,** | |
| Defendant. | |

**FILED**
APR 3 0 2024
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF OHIO
CLEVELAND

## DEFENDANT DARRYL D. MOORE, REQUEST FOR ZOOM HEARING

NOW Comes, Defendant, Darryl D. Moore, pro se, hereby respectfully moves this honorable Court to allow the use of Zoom for the hearing.

### STATEMENT OF FACTS

Defendant is representing himself Pro Se. Requiring the Defendant to take off work and travel to the Federal courthouse will cause tremendous financial hardship. The Defendant is the sole source of income for his family. Defendant financially supports two of his children that are full time college students. A Zoom hearing will lessen the financial strain on the Defendant. The loss of a day's wages will gravely impact the household of the Defendant.

Furthermore, witnesses subpoenaed by the Defendant may not be financially able to travel to Cleveland, OH. The Defendant has the right to mount a vigorous defense against the allegations. Allowing the witnesses to testify via Zoom will enable the Defendant to refute the allegations.

Respectfully submitted,

_____
Darryl D. Moore, *Pro Se*

## **CONCLUSION**

Based upon the reasons thereby outlined, the Defendants' *Request for Zoom Hearing* should be granted.

Respectfully submitted,

_____
Darryl D. Moore, *Pro Se*

## **CERTIFICATE OF SERVICE**

It is hereby certified that a true copy of the foregoing *Request for Zoom Hearing* was filed this __27__ day of April 2024 and served electronically accordingly upon counsel for Plaintiff,

K. Ann Zimmerman
Vasvari & Zimmerman
Ste. 470
20600 Chagrin Blvd
Shaker Heights, OH 44122
216-458-5880 x3
Email: Zimmerman@vasvarilaw.ocm

Raymond V. Vasvari, Jr.
Ste. 800
Tower East
20600 Chagrin Blvd
Shaker Heights, OH 44122-5353
216-458-5880
Fax: 216-302-3700
Email: vasvari@vasvarilaw.com

_____
Darryl D. Moore, *Pro Se*