**PRIORITY MAIL®** FLAT RATE ENVELOPE
ONE RATE ■ ANY WEIGHT

APPLY PRIORITY MAIL POSTAGE HERE




Retail

POSTAGE PAID
PM
CLEVELAND, OH 44143
APR 27, 2024

44113

$9.85

RDC 03    0 Lb 2.10 Oz    R2304N118404-25

Darryl Moore
1977 E. 224th Street
Euclid, OH 44117

Office of Clerk
U.S. District Court
Northern District of OH
Carl B. Stokes U.S. Court House
801 West Superior Ave.
Cleveland, OH 44113-1830

EXPECTED DELIVERY DAY: 04/29/24

USPS TRACKING® #



9505 5152 7167 4118 6236 42

EP14H February 2023 Outer Dimension: 10 x 5