IN THE UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF OHIO,
EASTERN DIVISION

FILED
APR 3 0 2024
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF OHIO
CLEVELAND

| | | |
|---|---|---|
| **LARRY D. REID**, *et al.*, | ) | CASE NO.: 1:21-CV 00991 |
| | ) | |
| Plaintiff, | ) | JUDGE: JAMES S. GWIN |
| | ) | |
| v. | ) | |
| | ) | |
| **DARRYL D. MOORE**, | ) | |
| | ) | |
| Defendant. | ) | |

## DEFENDANT DARRYL D. MOORE, REQUEST FOR PERMISSION TO E-FILE

NOW Comes, Defendant, Darryl D. Moore, pro se, hereby respectfully moves this honorable Court to grant him permission to electronically file documents. Defendant's ability to electronically will ease his financial burden and expedite his response.

Respectfully submitted,

_____
Darryl D. Moore, *Pro Se*

## CONCLUSION

The Defendants' *Request to Electronically File* should be granted.

Respectfully submitted,

_____
Darryl D. Moore, *Pro Se*

## **CERTIFICATE OF SERVICE**

It is hereby certified that a true copy of the foregoing *Request to Electronically File* was filed this ___27__ day of April 2024 and served electronically accordingly upon counsel for Plaintiff,

K. Ann Zimmerman
Vasvari & Zimmerman
Ste. 470
20600 Chagrin Blvd
Shaker Heights, OH 44122
216-458-5880 x3
Email: Zimmerman@vasvarilaw.ocm

Raymond V. Vasvari, Jr.
Ste. 800
Tower East
20600 Chagrin Blvd
Shaker Heights, OH 44122-5353
216-458-5880
Fax: 216-302-3700
Email: vasvari@vasvarilaw.com

_____
Darryl D. Moore, *Pro Se*