IN THE UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF OHIO
EASTERN DIVISION

| | | |
|---|---|---|
| LARRY D. REID, *et al.*, | ) | CASE NO.   1:21CV00991 |
| | ) | |
| Plaintiffs, | ) | |
| | ) | JUDGE JAMES S. GWIN |
| vs. | ) | |
| | ) | MAGISTRATE JUDGE |
| DARRYL MOORE, | ) | JONATHAN D. GREENBERG |
| | ) | |
| Defendant. | ) | **ORDER** |

The Court received an *ex parte* letter from Defendant Moore asking to continue the status conference to May 13, 2024, a day he was already scheduled to be off work, to minimize any financial hardship to himself and his family.  As the letter contains personal and confidential medical information, in addition to citing concerns about harassment and safety should such information be on the public docket, the Court shall place the letter under seal.  The Court takes the request to continue the status conference under advisement and shall issue an order.

IT IS SO ORDERED.

Date:  May 3, 2024

    *s/ Jonathan Greenberg*
Jonathan D. Greenberg
United States Magistrate Judge