IN THE UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF OHIO
EASTERN DIVISION

| | |
|---|---|
| LARRY D. REID, *et al.*, | ) CASE NO.  1:21CV00991 |
| Plaintiffs, | ) |
| | ) JUDGE JAMES S. GWIN |
| vs. | ) |
| | ) MAGISTRATE JUDGE |
| DARRYL MOORE, | ) JONATHAN D. GREENBERG |
| | ) |
| Defendant. | ) **ORDER** |

On May 6, 2024, the Court received two emails sent to chambers from Defendant Moore, dated May 5, 2024, with a statement that the letter and supporting documents "will be mailed this week." On May 7, 2024, the Court received another email with Defendant Moore's treatment schedule attached. Chambers staff members then called Defendant Moore to instruct him to stop emailing the Court and instructed him that any further emails shall result in sanctions. The Court speaks through its docket, and Defendant Moore is to communicate with the Court through the docket as well. Therefore, the Court ORDERS Defendant Moore to cease emailing chambers and file any and all motions and supporting information on the docket. Any further emailing of chambers shall result in sanctions. The Clerk of Court shall docket the emails and supporting documents sent to chambers. However, the treatment schedule, and any other document with personal identifiers shall be filed under seal since it contains confidential information.

IT IS SO ORDERED.

Date:  May 7, 2024

  s/ Jonathan Greenberg
Jonathan D. Greenberg
United States Magistrate Judge