



**From:** Darryl Moore <darryldmooresr@gmail.com>
**Sent:** Sunday, May 5, 2024 3:56 PM
**To:** Kyle DeVan <Kyle_Devan@ohnd.uscourts.gov>
**Subject:** Official Response to Plaintiff's motion will be mailed this week...

**CAUTION - EXTERNAL:**

THIS LETTER AND OFFICIAL RESPONSE TO PLAINTIFF WILL BE MAILED THIS WEEK WITH SUPPORTING DOCUMENTS

May 5, 2024

Office of the Clerk
United States District Court
Northern District of Ohio
Carl B. Stokes United States Court House
801 West Superior Avenue
Cleveland, OH 44113-1830

Reid, et. al v. Moore 1:21-cv-00991-JG

Judge Greenberg,

During the hearing, I know that I won't be able to say everything that I want to say to you. Lots of legal jargon by the Plaintiff's counsel (mumbo jumbo in my layperson vernacular) will be interjected to prevent you from hearing the crux of this matter. To you, I am just a

name on a court document. You have no idea of who I really am. Forgive me if this letter bounces around a bit but this is my life, and I am under tremendous attack.

I am representing myself Pro Se not because I am this great legal mind that can take on the world but simply because I can't afford to pay for an attorney to represent me. I had an attorney in the beginning, but we parted ways because I couldn't afford it. I have to fight this battle alone. I am a proverbial David fighting a Goliath. The Plaintiff has the financial support of his large fan base that supports his behavior, so he has no problem hiring an attorney to squash my voice and prevent me exposing his behavior. He has referred to me as the "Insignificant Vlogger". If I am so insignificant, why has he spent so much time and other people's money (donations) to go after me in court? Why hasn't he sued other people that have confronted and discussed him on social media? People with a larger fan base (and financial resources to fight him in court) have done stories on him and he has not filed any cease and desist or lawsuits against them. Because of my financial situation, the Plaintiff views me as low hanging fruit that he can cherry pick and bully in court.

When I was twelve years old, a teacher tried to molest me. Since I was a large kid, I was able to fight him off and flee to safety. I never told my parents because he threatened to harm them and tell everyone I was gay and that I made a move on him. My parents died never knowing what happened to me. A few years ago, my therapist encouraged me to tell my parents and siblings. I told my siblings. I was too ashamed to tell my elderly parents. Around approximately 2012 or 2013, my second oldest son had a traumatic experience in school, and he was hospitalized. During his treatment, he revealed that his older brother and he were molested by the second husband of my former mother-in-law when they were under the age of six. I didn't know about it. For close to a decade, my sons thought I knew and didn't care. This caused them to be incredibly angry and act out. I found out the man was arrested and died before he was brought to justice. Since that time, my sons and I have sought to patch things up via therapy, open dialogue, and prayer. It's an ongoing process. They are now adults. Ever so often, my sons have anger outbursts. That is why what the Plaintiff is accused of doing is so personal for me. I was not able to protect my sons or make sure the man that harmed my children was brought to justice because their mother and her family didn't tell me what happened to my children. It came out during therapy for my second oldest son.

When the three young men approached me about what they emphatically stated the Plaintiff did to them, my heart was broken. They weren't seeking money. They wanted their voices heard. They wanted people to know what the Plaintiff did to them. I interviewed them and let them tell (in their own words) what they say happened to them.

I didn't coerce them, offer them money, or force them to say anything. It was their story. They all shared the horrors of being groomed by the Plaintiff. They went into graphic detail about the sexual activity as well. One of the victims stated he was a virgin and after the sexual encounters with the Plaintiff, he contracted HIV. The first accuser filed a police report against the Plaintiff in Raleigh, NC. That is an open police investigation. The Plaintiff didn't like that, so he sued me for slander and defamation. Since those interviews, the three have had their names and personal information blasted across social media. During my interviews with them, I concealed their names and faces for their safety. The employee of the Plaintiff posted their names, faces, and locations on social media. They were harassed and threatened. The second victim was enlisted in the military awaiting deployment and he had to endure this.

Because of those interviews and this lawsuit, I was subjected to constant harassment and threats by employees and associates of the Plaintiff. The harassment got so bad, I had to file police reports and obtain two Civil Stalking and Protection Orders. One against his employee Davyon Augustus and another against his associate Brian Henry, II. The employee of the Plaintiff and several associates contacted my former place of employment multiple times making false accusations against me. I was accused of drug use, drug dealing, abusing my family, and other acts of violence. I was also accused of serving time in prison. The list goes on and on. None of this was true (I could never pass a criminal background check if any of it were true) but I had to endure this while fighting this lawsuit. During this time, I was also dealing with my father being terminally ill. He passed away nine days after I was served with legal documents for this frivolous lawsuit. I was served on the day of my youngest son's high school graduation. Shortly after that, I got Covid. The stress of all this led to a minor stroke. My mother was in the beginning stages of dementia. She had a stroke in 2022 and passed away February 2023. Davyon Augustus went on social media celebrating the death of my father. My father was a retired Army veteran. He served his country proudly. My father did three tours in Vietnam. Augustus said he prayed for my father to die. He practices witchcraft. It's very odd that a "trusted assistant" and public relations person for a "minister" is an openly gay man that practices witchcraft and believes in the occult.

Please don't allow him to use your courtroom to conceal his actions and to squash the voice of truth. I humbly request that the mediation be eliminated. The crux of the matter is that I shed light on his lifestyle and financial misdeeds. He claims I have violated the mediation, but he has spoken about me to other people (text messages and on his private Patreon social media page) and his employee has made countless videos about me in violation of the Civil Stalking and Protection Order. As an employee of the Plaintiff, Augustus is restricted from making videos about me. I am awaiting word from the courts

about my request to have Davyon Augustus arrested. I fear for my safety. He is unhinged and violent. At one point during this ordeal, the former fiancée (of Augustus) contacted me for help. He was being held against his will. He escaped after having his phone smashed and clothes destroyed. He didn't call the police because he had just been released from prison and he didn't want to risk going back. He witnessed drug use and criminal activity in the house. I have two audio clips of him discussing in detail what happened. My associates and I raised money to get him food, clothes, a hotel room, and a one-way plane ticket. We got him to safety. Mind you, Augustus is the star witness against me for the Plaintiff. He is not credible.

I have two affidavits. One from Vincent T. Hill who was an employee of the Plaintiff for close to twenty years (he was also his gay lover for 13 of those years unbeknownst to the wife of the Plaintiff) where he states his dealings with the Plaintiff. I have another from the first alleged victim of the Plaintiff where he confirms what he said on my social media platform were his own words. In February of this year, Vincent T. Hill did a podcast where he admitted his sexual relationship with the Plaintiff along with the fact that the Plaintiff and his inner circle lived good off the donations to the MBN Network. He stated they ate the best food, stayed in the best hotels, and traveled the world with funds meant for the church. The crux of the Plaintiff's lawsuit against me is that I falsely accused him of molesting underage boys and mismanagement of church funds. This podcast from a former lover and person in his inner circle (and the affidavit) confirms the allegations I made against the Plaintiff. After his podcast, I sent a letter to the court (Judge Gwin) requesting that the mediation be done away with because the Plaintiff lied under oath about what he accused me of saying about him. I didn't receive a response or confirmation that my letter was received. Until recently, I have not gotten any reply when I submitted documents. That is one of the reasons why I requested permission to e-file my responses moving forward. That request was denied.

Your honor, I wrote this letter because I want you to see me as a human being and not as a name on a document. I am more than a Defendant. I work hard to put my oldest two sons through college. I am a teacher. The Plaintiff and I are as different as day and night. I have never intentionally tried to harm anyone. There is no open police investigation against me for harming an underage boy. No one has accused me of infecting them with HIV or any sexually transmitted diseases. Like others, I am a victim of the Plaintiff like everyone else. Please do away with this mediation and keep the case closed.

Sincerely,

Darryl D. Moore, Sr.

CONFIDENTIALITY NOTICE: This communication with its contents may contain confidential and/or legally privileged information. It is solely for the use of the intended recipient(s). Unauthorized interception, review, use or disclosure is prohibited and may violate applicable laws including the Electronic Communications Privacy Act. If you are not the intended recipient, please contact the sender and destroy all copies of the communication.

**CAUTION - EXTERNAL EMAIL:** This email originated outside the Judiciary. Exercise caution when opening attachments or clicking on links.