

**From:** Darryl Moore <darryldmooresr@gmail.com>
**Sent:** Sunday, May 5, 2024 4:00 PM
**To:** Kyle DeVan <Kyle_Devan@ohnd.uscourts.gov>
**Subject:** Additional Document...

**CAUTION - EXTERNAL:**


I forgot to add this document as well...

Thank you,
Darryl D. Moore, Sr.

CONFIDENTIALITY NOTICE: This communication with its contents may contain confidential and/or legally privileged information. It is solely for the use of the intended recipient(s). Unauthorized interception, review, use or disclosure is prohibited and may violate applicable laws including the Electronic Communications Privacy Act. If you are not the intended recipient, please contact the sender and destroy all copies of the communication.

**CAUTION - EXTERNAL EMAIL:** This email originated outside the Judiciary. Exercise caution when opening attachments or clicking on links.