UNITED STATES DISTRICT COURT FOR THE NOTHERN DISTRICT OF OHIO

| | | |
|---|---|---|
| Larry D. Reid, et al. | ) | 1:21-cv-00991-JG |
| Plaintiff(s) | ) | |
| v. | ) | |
| Darryl Moore | ) | |
| Defendant(s) | ) | |

### AFFIDAVIT

I, LaVontraye Andrews, MAKE OATH AND SAY THAT:

1. My accusations against Larry D. Reid on the YouTube channel of Darryl Moore were my own. I was not coerced by Darryl Moore to make any statements. The statements were based on my personal interactions with Larry D. Reid.
2. Statements made by me on the YouTube channel of Darryl Moore regarding the personal life and ministerial practices of Larry D. Reid were based on my observations while living in his home and as a member of his church.

I declare that, to the best of my knowledge and belief, the information herein is true and complete. I understand this statement is made for use as evidence in court and is subject to penalty for perjury.

STATE OF ~~GEORGIA~~ North Carolina HT

COUNTY OF Forsyth

SUBSCRIBED AND SWORN TO BEFORE ME, on the 18th day of April, 2024

Signature _____
NOTARY PUBLIC

My Commission Expires: 04/03/2027

(SEAL)

(Signature)

LaVontraye Andrews
(Name)

[Notary Seal: HEATHER TAYLOR, NOTARY PUBLIC, FORSYTH COUNTY, NC, My Commission Expires 04/03/27]