UNITED STATES DISTRICT COURT FOR THE NOTHERN DISTRICT OF OHIO

| | | |
|---|---|---|
| Larry D. Reid, et al. | ) | 1:21-cv-00991-JG |
| | ) | |
| Plaintiff(s) | ) | |
| | ) | |
| v. | ) | |
| | ) | |
| Darryl Moore | ) | |
| | ) | |
| Defendant(s) | ) | |

## **<u>AFFIDAVIT</u>**

I, Vincent T. Hill, MAKE OATH AND SAY THAT:

1. My accusations against Larry D. Reid on my YouTube video February of 2024 for misappropriation of funds as it relates to the MBN Network were based off firsthand experiences. Darryl Moore did not coerce me to make any statements. The statements were based on my personal interactions with Larry D. Reid.

2. Statements made by me on my YouTube channel regarding the personal life and dishonest ministerial practices of Larry D. Reid were based on my firsthand experiences and observations while living in his home, working as an employee, and as a member of his church.

3. Larry Reid and I had a sexual relationship for thirteen years unbeknownst to his wife. Larry Reid and I worked together in ministry off and on for almost twenty years.

4. There have been discussions raised by Darryl Moore in his social media podcasts regarding the management of church funds by Larry Reid. These conversations include inquiries into whether some of the funds might have been used to support a lifestyle that appears to be quite extravagant. While I cannot confirm every detail mentioned by Darryl Moore in his social media podcasts, I have personally observed instances where ministry funds seemed to be allocated towards what could be described as extravagant expenditures.

5. One of the three male members of the church that accused Larry Reid of molestation is LaVontraye Andrews. I spoke with him in 2018 about the allegations before he filed a police report and went public. The account he relayed to me is the same account that was relayed on the podcast of Darryl Moore. Neither LaVontraye nor I knew Darryl Moore before 2018. Darryl Moore interviewed him in 2021.

01I declare that, to the best of my knowledge and belief, the information herein is true and complete. I understand this statement is made for use as evidence in court and is subject to penalty for perjury.

STATE OF ~~NORTH CAROLINA~~ Virginia        )

                                            )

COUNTY OF ___Prince William county___        )

                                            )

SUBSCRIBED AND SWORN TO BEFORE              )

ME, on the __18th__ day of ___April___, __2024__   )

                                            )

Signature __Farhana Rahman__                 )

NOTARY PUBLIC                               )

                                            )

My Commission Expires: ___10/31/2025___      )

                                            )

                                            )

(SEAL)

*Vincent Terrill Hill*

_____

(Signature)

_____

Vincent Terrill Hill

(Name)

Farhana Rahman

_____

REGISTRATION NUMBER

7923005

COMMISSION EXPIRES

October 31, 2025

COMMONWEALTH OF VIRGINIA · ELECTRONIC NOTARY PUBLIC

Notarized remotely online using communication technology via Proof.