February 13, 2024

Office of the Clerk
US District Court
Northern District of OH
Carl B. Stokes United States Court House
801 W. Superior Ave.
Cleveland, OH 44113-1830

**Reid, et. al v. Moore 1:21-cv-00991-JG**

Judge Gwin,

It has come to my attention that a former employee and lover of the Plaintiff has done a podcast about his financial misgivings and sexual misconduct. For your review, I have attached the link:

https://www.youtube.com/watch?v=mSONMwLKdG4&t=11s

In this video, he admits to being complicit with the Plaintiff in misusing church funds and donations to finance a lavish lifestyle. This was the crux of the Plaintiff's lawsuit against me. He claimed that I falsely accused him of doing that along with molestation of underage boys and giving one HIV. A member of the inner circle confirms I was telling the truth. Based on this new evidence, I request that the mediation be removed from this case.

Sincerely,


Darryl D. Moore, Sr.