Daryl Moore
1977 E. 224th St.
Euclid, OH 44117

Retail

 

44113

RDC 99

U.S. POSTAGE PAID
FCM LG ENV
CLEVELAND, OH 44105
MAY 08, 2024

**$3.31**

R2304M112596-06

Office of the Clerk
U.S. Dist. Court
Northern Dist. of Ohio
Carl B. Stokes US Court House
801 W. Superior Ave.
Cleveland, OH 44113-1830