IN THE UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF OHIO
EASTERN DIVISION

| | | |
|---|---|---|
| LARRY D. REID, *et al.*, | ) | CASE NO.   1:21CV00991 |
| | ) | |
| Plaintiffs, | ) | |
| | ) | JUDGE JAMES S. GWIN |
| vs. | ) | |
| | ) | MAGISTRATE JUDGE |
| DARRYL MOORE, | ) | JONATHAN D. GREENBERG |
| | ) | |
| Defendant. | ) | **ORDER** |

On May 11, 2024, the Court received an email sent to chambers staff from Patricia Washington in support of Defendant.  On May 12, 2024, the Court received another email sent to chambers staff from Tracie Turner Jackson in support of Defendant.  On May 13, 2024, at 5:33 a.m., the Court received an email sent to chambers staff from Defendant informing the Court that he had sought emergency treatment the night before and would be unable to attend today's status conference.  He attached medical records in support.  On May 13, 2024, the Court received another email sent to chambers staff from Garcea L. Hyman in support of Defendant.  The Court ORDERS as follows.

As set forth in the Court's May 7, 2024 Order, the Court speaks through its docket, and Defendant is to communicate with the Court through the docket as well.  Absent an emergency situation, any further emailing of chambers – by Defendant or anyone else on his behalf – shall result in a finding of contempt of Court and the issuance of sanctions.  The Clerk of Court shall docket the emails and supporting documents sent to chambers.  However, the treatment record shall be filed under seal since it contains confidential medical information.

The in-person status conference set for May 13, 2024 is RESET for **May 16, 2024, at 12:00 p.m.**, in Courtroom 10B, Carl B. Stokes United States Courthouse, 801 West Superior Avenue, Cleveland, Ohio. The Court is aware to Defendant's work schedule and health issues and has worked to accommodate

Defendant's work and treatment schedules, including by rescheduling the status conference to a day Defendant was already scheduled to be off work.  However, Defendant is party to a federal lawsuit and has been the subject of multiple orders finding him in contempt of Court and/or fining him for violating the settlement agreement in this case.  Therefore, absent a documented medical issue, Defendant shall appear in person.

Given the timing of the currently scheduled status conference, in addition to mailing a copy of this Order to Defendant, the Clerk of Court shall email a courtesy copy of this Order to Defendant at the email address contained in the Certificate of Service at Doc. No. 48.

IT IS SO ORDERED.

Date:  May 13, 2024                                   *s/ Jonathan Greenberg*
                                                      Jonathan D. Greenberg
                                                      United States Magistrate Judge