

**From:** Darryl Moore <darryldmooresr@gmail.com>
**Sent:** Monday, May 13, 2024 5:33 AM
**To:** Kyle DeVan <Kyle_Devan@ohnd.uscourts.gov>
**Subject:** Emergency situation...Darryl Moore

**CAUTION - EXTERNAL:**

Good morning,

Last night, I had chest pains and troubling breathing while driving. I went to the Euclid Hospital ER. I have attached paperwork. I need to reset the hearing date. I am not physically able to be in court today. I started having chest pains and shortness of breath. I was discharged late last night. I will be called today for a stress test. For your review, I have attached the document from the emergency room.

Thank you,
Darryl D. Moore, Sr.
424-237-5550 mobile

CONFIDENTIALITY NOTICE: This communication with its contents may contain confidential and/or legally privileged information. It is solely for the use of the intended recipient(s). Unauthorized interception, review, use or disclosure is prohibited and may violate applicable laws including the Electronic Communications Privacy Act. If you are not the intended recipient, please contact the sender and destroy all copies of the communication.

**CAUTION - EXTERNAL EMAIL:** This email originated outside the Judiciary. Exercise caution when opening attachments or clicking on links.