

**From:** Patricia A. Washington <sweetboogieproductions@gmail.com>
**Sent:** Saturday, May 11, 2024 9:13 PM
**To:** Kyle DeVan <Kyle_Devan@ohnd.uscourts.gov>
**Subject:** Attn: Judge Jonathan Greenberg

**CAUTION - EXTERNAL:**

Good morning, Mr Devan,

Normally, I do not get involved with these types of situations, but this time I feel that I must, regarding Darryl Moore. I will try not to make this email long.

I have met Darryl a few years ago when he was a guest on another YouTuber's channel. That vlogger goes by King Jives. While Darryl was there, him and Jives were getting along, until Darryl went on, and helped a young man by the name of Jimmy Battles.

After Darryl started helping Jimmy get his story out, other victims came to him for his help. Then, along came victims of Larry Reid. Once Darryl started helping those victims, Larry lied on Darry accusing Darryl of threatening him on YouTube. It was a lie. Darryl never threatened Larry.

The character of Larry Reid has always been suspicious. I don't have any issues with anyone or their sexual preference, but when this man went lve and DESCRIBED how he like to have sex with men inFRONT of his daughters, I was appalled.

He was behind one of his "team" calling Darryl's mother and harassing her. One of his "team" is a proclaimed witch and publicly said that he wished death on Darryl's father, all because this man Darryl is not a pastor, like Larry is supposed to be, but he is doing the work that Larry is supposed do be doing.

I wonder, why is Larry bringing this lawsuit against Darryl when there are over fifty vloggers talking about him and a lot say scathing things. Why Darryl? Why go as far as make up a rinky dink song called Y'all N\*\*ers Aint On My Level ? I know many pastors. None like this!

I am going to close this because I don't want to bore you. But, the legal system needs to really scrutinize Larry Reid with a fine tooth comb.

I thank you for your time in reading this.

Sincerely and Musically yours,


Patricia A. Washington King
Host of Motown Memories With Sweet Pea WMEL
Host of Let's Go Back To The Old Time Way With Patricia King
Founder and CEO of Patricia Sweet Pea Washington's Star Legacy Awards
Founder and CEO of Patricia Sweet Pea Washington's Rising Stars Awards
347-433-3809-Mobile


**CAUTION - EXTERNAL EMAIL:** This email originated outside the Judiciary. Exercise caution when opening attachments or clicking on links.