



**From:** Tracie Turner Jackson <tracsplace@gmail.com>
**Sent:** Sunday, May 12, 2024 8:10 AM
**To:** Kyle DeVan <Kyle_Devan@ohnd.uscourts.gov>
**Subject:** Ref the lawsuit against Darryl Moore

**CAUTION - EXTERNAL:**

Tracie Turner Jackson
2385 Oxmoor Dr,
DeLand, FL 32724
(407)687-1714

May 12, 2024

Atten: The Honorable Judge Jonathan Greenberg

Dear Honorable Judge Jonathan Greenberg,

Hello, My name is Tracie Turner Jackson. I have known Darryl Moore for approximately 14 years. Darryl is truly an example of a loving caring person. He has taken care of many people. I've known him to care for his parents as well as his own family. Darryl has a caring heart for all people as well. All Darryl has done was help three victims of child molestation get their story out. Darryl has never said anything derogatory or defaming about Larry Reid.

Larry Reid falsely accused Darryl of saying he gave one of the victims HIV. He also accused him of saying he molested those young men. Darryl never said that. The victims did. He sued Darryl based on a lie he told. He's using the courts as a weapon because his immoral and illegal actions have been exposed.

Your Honor, Larry is only suing Darryl and not other bloggers because he was the first person to expose him. I feel the real reason for this frivolous lawsuit is because people started pulling their

financial support away after his victims were interviewed by Darryl and he wants to get revenge. Sir, I truly believe this is a waste of the courts time and this case should be dismissed. Thank you for taking the time to listen.

Sincerely Yours,

Tracie Turner Jackson

**CAUTION - EXTERNAL EMAIL:** This email originated outside the Judiciary. Exercise caution when opening attachments or clicking on links.