

-----Original Message-----
From: Garcea L. Hyman <garcealhyman@gmail.com>
Sent: Monday, May 13, 2024 10:51 AM
To: Kyle DeVan <Kyle_Devan@ohnd.uscourts.gov>
Cc: darryldmooresr@gmail.com
Subject: Concerns Regarding Targeted Actions Against Darryl Moore in Relation to Larry Reid Case

CAUTION - EXTERNAL:


Dear Judge Jonathan Greenberg,

I am reaching out to address a pressing issue concerning Darryl Moore in the context of the legal proceedings involving Larry Reid. Our primary concern revolves around the apparent targeting of Mr. Moore in this case, as he is merely relaying information shared with him by the accusers.

It has come to light that Mr. Moore is being subjected to undue scrutiny by Mr. Reid, who appears to be singling him out unjustly while ignoring the involvement of numerous others in discussions about his conduct. This one-sided focus on Mr. Moore, to the exclusion of others, suggests a deliberate effort to obscure the complete truth and deflect attention from Mr. Reid's alleged harmful actions.

The disparity in treatment between Mr. Moore and other individuals implicated in the matter raises significant doubts about the fairness and integrity of Mr. Reid's legal actions. Given these circumstances, we implore the court to conduct a thorough review of the case, considering the possibility that Mr. Reid's claims against Mr. Moore may not accurately represent the full picture.

It is crucial for justice to prevail impartially, ensuring that all parties are accorded equitable treatment within the legal system. We appreciate your attention to this critical issue and trust that you will assess the situation with due diligence.


Warm regards,

Garcea L. Hyman
Judea Church
Senior Pastor
843.679.3118


CAUTION - EXTERNAL EMAIL: This email originated outside the Judiciary. Exercise caution when opening attachments or clicking on links.