UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF OHIO
EASTERN DIVISION

## MINUTES OF PROCEEDINGS--CIVIL

| | |
|---|---|
| LARRY D. REID, *et al.*, | DATE: May 13, 2024 |
| Plaintiffs, | CASE NO. 1:21CV00991 |
| vs. | JUDGE JAMES S. GWIN |
| DARRYL MOORE, | MAGISTRATE JUDGE JONATHAN D. GREENBERG |
| Defendant. | ECRO: N/A |

| | |
|---|---|
| Attorneys for Plaintiffs: Raymond Vasvari, Jr., K. Ann Zimmerman | Defendant: |

PROCEEDINGS: An in-person status conference was scheduled for May 13, 2024, with the above participants. Defendant did not appear as indicated. Nor did he call the Court at the time of the status conference. However, Defendant emailed the Court regarding his availability on May 16, 2024 during the status conference. The Court informed counsel it would reset the status conference for May 16, 2024, at noon. Plaintiffs' counsel asked about personal identifiers in filings, and the Court instructed counsel to file a motion.

10 min
Total Time

*s/ Jonathan D. Greenberg*
United States Magistrate Judge