**Kyle DeVan**

---

**From:** Darryl Moore <darryldmooresr@gmail.com>
**Sent:** Tuesday, May 14, 2024 2:59 PM
**To:** Kyle DeVan
**Subject:** Re: Emergency situation...Darryl Moore

<mark>**CAUTION - EXTERNAL:**</mark>

Ok. I am mailing out a letter tonight. I am not available Thursday. If I am not feeling better by tomorrow, I am going back to the ER.

Sincerely,
Darryl D. Moore, M.Ed.

On Mon, May 13, 2024 at 4:24 PM Kyle DeVan <Kyle_Devan@ohnd.uscourts.gov> wrote:
If you are requesting a continuance you must file a motion with the clerks office. The court speaks through the docket. Thank you.

Kyle DeVan
Courtroom Deputy to Magistrate Judge Jonathan D. Greenberg
U.S. District Court, Northern District of Ohio
216-357-7130
kyle_devan@ohnd.uscourts.gov

**From:** Darryl Moore <darryldmooresr@gmail.com>
**Sent:** Monday, May 13, 2024 4:07 PM
**To:** Kyle DeVan <Kyle_Devan@ohnd.uscourts.gov>
**Subject:** Re: Emergency situation...Darryl Moore

<mark>**CAUTION - EXTERNAL:**</mark>

I am awaiting scheduling for my stress test. Is there anyway we can have the hearing later in the day? Most stress are given in the morning before noon.

Sincerely,
Darryl D. Moore, M.Ed.

On Mon, May 13, 2024 at 3:46 PM Kyle DeVan <Kyle_Devan@ohnd.uscourts.gov> wrote:

Attached are the two ordered entered today rescheduling the conference.


Kyle DeVan

Courtroom Deputy to Magistrate Judge Jonathan D. Greenberg

U.S. District Court, Northern District of Ohio

216-357-7130

kyle_devan@ohnd.uscourts.gov


---

**From:** Darryl Moore <darryldmooresr@gmail.com>
**Sent:** Monday, May 13, 2024 12:07 PM
**To:** Kyle DeVan <Kyle_Devan@ohnd.uscourts.gov>
**Subject:** Re: Emergency situation...Darryl Moore


**CAUTION - EXTERNAL:**


By phone? 12:30 Thursday. Approximately how long is the hearing?


Sincerely,
Darryl D. Moore, M.Ed.



On Mon, May 13, 2024 at 9:53 AM Kyle DeVan <Kyle_Devan@ohnd.uscourts.gov> wrote:

We are looking to reschedule this hearing for Thursday 5/16/24 at 12:00.  Would you be available then?


Kyle DeVan

Courtroom Deputy to Magistrate Judge Jonathan D. Greenberg

U.S. District Court, Northern District of Ohio

216-357-7130

kyle_devan@ohnd.uscourts.gov

---

**From:** Darryl Moore <darryldmooresr@gmail.com>
**Sent:** Monday, May 13, 2024 8:48 AM
**To:** Kyle DeVan <Kyle_Devan@ohnd.uscourts.gov>
**Subject:** Re: Emergency situation...Darryl Moore


<mark>**CAUTION - EXTERNAL:**</mark>


I should be. I'm home waiting to be called about the stress test. I probably will be. Or mobile. I will call you (email too) no later than 10:30.


Sincerely,
Darryl D. Moore, M.Ed.




On Mon, May 13, 2024 at 7:49 AM Kyle DeVan <Kyle_Devan@ohnd.uscourts.gov> wrote:

Will you be available by telephone at 12:00pm today?


Kyle DeVan

Courtroom Deputy to Magistrate Judge Jonathan D. Greenberg

U.S. District Court, Northern District of Ohio

216-357-7130

kyle_devan@ohnd.uscourts.gov

---

**From:** Darryl Moore <darryldmooresr@gmail.com>
**Sent:** Monday, May 13, 2024 5:32:45 AM
**To:** Kyle DeVan <Kyle_Devan@ohnd.uscourts.gov>
**Subject:** Emergency situation...Darryl Moore

**CAUTION - EXTERNAL:**

Good morning,

Last night, I had chest pains and troubling breathing while driving. I went to the Euclid Hospital ER. I have attached paperwork. I need to reset the hearing date. I am not physically able to be in court today. I started having chest pains and shortness of breath. I was discharged late last night. I will be called today for a stress test. For your review, I have attached the document from the emergency room.

Thank you,

Darryl D. Moore, Sr.

424-237-5550 mobile

CONFIDENTIALITY NOTICE: This communication with its contents may contain confidential and/or legally privileged information. It is solely for the use of the intended recipient(s). Unauthorized interception, review, use or disclosure is prohibited and may violate applicable laws including the Electronic Communications Privacy Act. If you are not the intended recipient, please contact the sender and destroy all copies of the communication.

**CAUTION - EXTERNAL EMAIL: This email originated outside the Judiciary. Exercise caution when opening attachments or clicking on links.**

**CAUTION - EXTERNAL EMAIL:** This email originated outside the Judiciary. Exercise caution when opening attachments or clicking on links.

**CAUTION - EXTERNAL EMAIL:** This email originated outside the Judiciary. Exercise caution when opening attachments or clicking on links.

**CAUTION - EXTERNAL EMAIL:** This email originated outside the Judiciary. Exercise caution when opening attachments or clicking on links.

**CAUTION - EXTERNAL EMAIL:** This email originated outside the Judiciary. Exercise caution when opening attachments or clicking on links.