# Kyle DeVan

| | |
|---|---|
| **From:** | Roxanne Grayes <roxannegr1969@yahoo.com> |
| **Sent:** | Tuesday, May 14, 2024 12:38 AM |
| **To:** | Kyle DeVan |
| **Subject:** | Darryl Moore |

**CAUTION - EXTERNAL:**

Roxanne W. Faulkner df564.u8
1413 Albany Station Road
Belleville Illinois 62223
May 11, 2024

To The Court

I am writing this court in support of Darryl Moore. I've know Darryl Moore for over six years. He has exemplary character and credibility. I have always know him to be an honorable man.

I have watched Mr. Moore try to warn the public of Larry Reids activities, that are detrimental to the community as a whole. At no time has anyone stopped to actually listen to what he is saying or looked at any of his evidence.

As a survivor of molestation and former law enforcement, I ask that you look at this case with fresh eyes before making any ruling. There is more going on here than it seems. Children's lives are depending on it. Please do not allow Larry Reid to continue to violate children.

Please fill free to contact me for further information.
Sincerely,
 Roxanne Green Faulkner df564.u8
 618-917-0790


Yahoo Mail: Search, Organize, Conquer
**CAUTION - EXTERNAL EMAIL:** This email originated outside the Judiciary. Exercise caution when opening attachments or clicking on links.

1