# Kyle DeVan

| | |
|---|---|
| **From:** | Gale Howard <galerhoward21@gmail.com> |
| **Sent:** | Monday, May 13, 2024 9:30 PM |
| **To:** | Kyle DeVan |
| **Subject:** | "Setting the Record Straight" |

**CAUTION - EXTERNAL:**


Attn:  The Honorable Jonathan Greenberg,

This email is being sent to you in support of Darryl Moore Sr. also known as the Cigar Vlogger on YouTube.  He is currently in litigation with Larry Reid also known as Larry Reid Live on YouTube (LRL).

I met  The Cigar Vlogger during the pandemic and have followed him since.  I am aware of six individuals that have benefited from his platform.  The Cigar Vlogger provided a platform for those who have been wronged or were in present danger,  He is being accused of slandering LRL which is not true.

The Cigar Vlogger provided the avenue for the alleged victims to have their voices heard.  Several people on YouTube have accused LRL of the same behavior, however LRL wants to go after The Cigar Vlogger because he gained so much attention on his channel and was believable.

I am sure once the evidence is presented this matter will be clear to everyone and you will see why LRL wants to silence The Cigar Vlogger.

Gale R. Howard,
YouTube follower

**CAUTION - EXTERNAL EMAIL:** This email originated outside the Judiciary. Exercise caution when opening attachments or clicking on links.