IN THE UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF OHIO
EASTERN DIVISION

| | |
|---|---|
| LARRY D. REID, *et al.*, ) | CASE NO.  1:21CV00991 |
| ) | |
| Plaintiffs, ) | |
| ) | JUDGE JAMES S. GWIN |
| vs. ) | |
| ) | MAGISTRATE JUDGE |
| DARRYL MOORE, ) | JONATHAN D. GREENBERG |
| ) | |
| Defendant. ) | **ORDER** |

On May 14, 2024, the Court received an email sent to chambers staff from Defendant informing the Court he would not be available for the status conference on Thursday and that he was mailing a letter out that day. The Court therefore orders as follows.

The in-person status conference set for May 16, 2024 is RESET for **Wednesday, May 22, 2024, at 12:00 p.m**., via Zoom videoconference. The parties will receive, via email, an invite to the status conference, as well as instructions regarding usage. During the status conference, the Court shall set a date for an **<u>in-person hearing</u>** on the pending Fifth Motion to Enforce Settlement (Doc. No. 45). While the Court is allowing participation in the status conference by Zoom, Defendant is party to a federal lawsuit and has been the subject of multiple orders finding him in contempt of Court and/or fining him for violating the settlement agreement in this case. Therefore, absent a documented medical issue, Defendant shall appear in person for the hearing on the motion.

Given the timing of the currently scheduled status conference, in addition to mailing a copy of this Order to Defendant, the Clerk of Court shall email a courtesy copy of this Order to Defendant at the email address contained in the Certificate of Service at Doc. No. 48. While the Court shall email the Zoom information and a copy of this Order to Defendant as a courtesy, Defendant shall not respond to those emails

from the Court. Again, absent an emergency situation, any further emailing of chambers – by Defendant or anyone else on his behalf – shall result in a finding of contempt of Court and the issuance of sanctions.

    IT IS SO ORDERED.

Date: May 15, 2024                      *s/ Jonathan Greenberg*
                                                             Jonathan D. Greenberg
                                                             United States Magistrate Judge