# Kyle DeVan

| | |
|---|---|
| **From:** | Battles and Journeys <jimmy@jimmybattles.com> |
| **Sent:** | Saturday, May 18, 2024 9:03 AM |
| **To:** | Kyle DeVan |
| **Cc:** | Darryl Moore |
| **Subject:** | Darryl Moore the Cigar Blogger |

**CAUTION - EXTERNAL:**

To whom it may concern,

My name is Jimmy Battles and I came to know Darryl several years ago as a blogger who took on my life story. As a young boy I was violated by a well known minister and it damaged so many parts of me for 30 years. Darryl allowed me to come on his platform to share my story to the world it took 30 plus years to talk about it and as I shared my story so many deep emotions arose to the surface and that was the beginning of my healing. Prior to talking to Darryl I called into the Larry Reid Live show because he was advertising an event with the minister who had violated me as a young boy and mentioned how I wanted attend the event but once I saw who was going to be there I decided not to and at that point Larry reached out to me after his show to talk about it and at that time he was willing to have me to come on his show to talk about my experience and then he threw in a twist a week later saying he want to invite my violater to the platform with me to discuss this matter and I declined. Unbeknownst to me Larry and the minister are close friends and much later I spoke to Darryl and my story was shared with the internet world. Once Darryl took on my story that's when Larry began to attack Darryl and it all went downhill from there. Larry made mockery and revictimized me on the Larry Reid Live Show and attempted to down play my story he saw the attention my story received and then he began attacking Darryl and has been on a campaign to shut Darryl's YouTube channel down. My story can be seen on Darryl's page and today I can hold my head up high because my voice was heard. So many other Bloggers have went public about Larry Reid and his dealings publicly about many of the things Darryl shared it but he chooses to go after Darryl because he has broke many of the stories that we hear so many other Bloggers are talking about. Thank you for taking the time to read my letter.

Sincerely,

Jimmy Battles

**CAUTION - EXTERNAL EMAIL:** This email originated outside the Judiciary. Exercise caution when opening attachments or clicking on links.