IN THE UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF OHIO
EASTERN DIVISION

| | | |
|---|---|---|
| LARRY D. REID, *et al.*, | ) | CASE NO.   1:21CV00991 |
| | ) | |
| Plaintiffs, | ) | |
| | ) | JUDGE JAMES S. GWIN |
| vs. | ) | |
| | ) | MAGISTRATE JUDGE |
| DARRYL MOORE, | ) | JONATHAN D. GREENBERG |
| | ) | |
| Defendant. | ) | **ORDER** |


On May 18, 2024, the Court received an email sent to chambers staff from Jimmy Battles in support of Defendant.  On May 13, 2024, and again on May 15, 2024, the Court warned Defendant that absent an emergency situation, any further emailing of chambers – by Defendant or anyone else on his behalf – shall result in a finding of contempt of Court and the issuance of sanctions.  (Doc. Nos. 57, 62.)  Therefore, Defendant is **ORDERED TO SHOW CAUSE** why he should not be held in contempt of court for failing to adhere to this Court's orders.  **This matter is set for a Show Cause Hearing via Zoom videoconference to occur immediately following the Zoom status conference on May 22, 2024, at 12:00 p.m.**  Defendant is warned that his failure to appear for the Show Cause Hearing, as ordered, will result in the recommendation that he be held in contempt of court and face serious sanctions that could include daily fines or detainment.

Given the timing of the show cause hearing, in addition to mailing a copy of this Order to Defendant, the Clerk of Court shall email a courtesy copy of this Order to Defendant at the email address contained in the Certificate of Service at Doc. No. 48.

IT IS SO ORDERED.

Date:  May 20, 2024

    *s/ Jonathan Greenberg*
Jonathan D. Greenberg
United States Magistrate Judge