# Kyle DeVan

| | |
|---|---|
| **From:** | Darryl Moore <darryldmooresr@gmail.com> |
| **Sent:** | Tuesday, May 21, 2024 7:49 AM |
| **To:** | Kyle DeVan |
| **Subject:** | The following documents have been sent via US Mail… |
| **Attachments:** | IMG_0075.PNG; IMG_0084.PNG; Motion to Dismiss Cause Hearing.docx; Motion for Setting Aside Mediation Agreement.docx; Addendum Motion for Setting Aside Mediation Agreement.docx; May 21 Greenberg.docx; Greenberg May 20.docx; LINKS May 20.docx |

**CAUTION - EXTERNAL:**

Good morning,

The attached documents were mailed as instructed via US Mail. I am not sure if they will arrive in time for the Zoom hearing tomorrow. I wanted to have them uploaded to Pacer. I am not trying to violate any rules. I am trying to defend myself against lies.

Thank you,
Darryl D. Moore, Sr.
424-237-5550 mobile

CONFIDENTIALITY NOTICE: This communication with its contents may contain confidential and/or legally privileged information. It is solely for the use of the intended recipient(s). Unauthorized interception, review, use or disclosure is prohibited and may violate applicable laws including the Electronic Communications Privacy Act. If you are not the intended recipient, please contact the sender and destroy all copies of the communication.

**CAUTION - EXTERNAL EMAIL:** This email originated outside the Judiciary. Exercise caution when opening attachments or clicking on links.