IN THE UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF OHIO,
EASTERN DIVISION

| | | |
|---|---|---|
| **LARRY D. REID,** *et al.*, | ) | CASE NO.: 1:21-CV 00991 |
| | ) | |
| Plaintiff, | ) | MAGISTRATE JUDGE: J. GREENBER |
| | ) | |
| v. | ) | |
| | ) | |
| **DARRYL D. MOORE,** | ) | |
| | ) | |
| Defendant. | ) | |

**RESPONSE TO AND REQUEST TO DISMISS CAUSE HEARING BY JUDGE GREENBERG**

NOW Comes, Defendant, Darryl D. Moore, pro se, hereby respectfully moves this honorable Court to set aside/rescind the mediation agreement between the two parties to this litigation based on fraud (i.e., lying) by the Plaintiff in the original filing and duress by the Defendant when he agreed to a mediation agreement.

**STATEMENT OF FACTS**

At no time has the Defendant instructed any of his supporters to email the court. The emails for the court are online and readily accessible. In fact, the employee for the Plaintiff has shown your email addresses(s) on his YouTube channel as he is reading documents uploaded to Pacer. It would be an injustice to hold me in contempt on this issue.

Respectfully submitted,

_____
Darryl D. Moore, *Pro Se*

## **CONCLUSION**

Based upon the facts set forth above and for the reasons thereby outlined above, the Defendants' *Motion* should be granted.

Respectfully submitted,

_____
Darryl D. Moore, *Pro Se*

## **CERTIFICATE OF SERVICE**

It is hereby certified that a true copy of the foregoing *Request to Dismiss Cause Hearing* was made via USPS mail with sufficient postage attached this __21st__ day of May 2024.

Office of the Clerk
United States District Court
Northern District of Ohio
Carl B. Stokes United States Court House
801 West Superior Avenue
Cleveland, OH 44113-1830

Raymond V. Vasvari, Jr.
Ste. 800
Tower East
20600 Chagrin Blvd
Shaker Heights, OH 44122-5353
216-458-5880
Fax: 216-302-3700
Email: vasvari@vasvarilaw.com

 

_____
Darryl D. Moore, *Pro Se*