May 20, 2024

Office of the Clerk
United States District Court
Northern District of Ohio
Carl B. Stokes United States Court House
801 West Superior Avenue
Cleveland, OH 44113-1830

**Reid, et. al v. Moore 1:21-cv-00991-JG**

Judge Greenberg,

I am submitting these links as further evidence to prove my cause is just against the Plaintiff. In his own words, a member of the Plaintiff's inner (who was also his gay lover for 13 years) explains in graphic detail his personal and professional relationship with Larry Reid. The Plaintiff falsely accused me of exposing him for the exact things that Vincent T. Hill exposed him for in these videos. I humbly ask that you view them so that you will know the truth.

Admission of gay sexual affair and misuse of church donations to fund a lavish lifestyle.
https://www.youtube.com/watch?v=mSONMwLKdG4&t=23s

Details about emotional, physical, mental, and sexual abuse by Larry Reid
https://www.youtube.com/watch?v=sTQT0UwMKns&list=PLRokhkOUNCFqJ92zJCPNyIGKg_0fxZbgu&index=4

Also, a former associate of Larry Reid released a video about him yesterday making fun of him and exposing him.

King Jives (former associate)
https://www.youtube.com/watch?v=bfyflSW3U1A

Part 1 and 2 from the Plaintiff explaining why this case is fraudulent.
https://www.youtube.com/live/Kpe0qltMJmI?si=ZtjujWwoWSRMotpe
https://www.youtube.com/live/9iyxRDjI_Ss?si=DTVrRpph4z6T-RFp


Sincerely,


Darryl D. Moore, Sr.