## **LINKS**

Admission of gay sexual affair and misuse of church donations to fund a lavish lifestyle.
https://www.youtube.com/watch?v=mSONMwLKdG4&t=23s

Details about emotional, physical, mental, and sexual abuse by Larry Reid
https://www.youtube.com/watch?v=sTQT0UwMKns&list=PLRokhkOUNCFqJ92zJCPNyIGKg_0fxZbgu&index=4

Also, a former associate of Larry Reid released a video about him yesterday making fun of him and exposing him.

King Jives (former associate)
https://www.youtube.com/watch?v=bfyflSW3U1A

Part 1 and 2 from the Defendant explaining why this case is fraudulent.
https://www.youtube.com/live/Kpe0qltMJmI?si=ZtjujWwoWSRMotpe
https://www.youtube.com/live/9iyxRDjI_Ss?si=DTVrRpph4z6T-RFp