May 21, 2024

Office of the Clerk
United States District Court
Northern District of Ohio
Carl B. Stokes United States Court House
801 West Superior Avenue
Cleveland, OH 44113-1830

**Reid, et. al v. Moore 1:21-cv-00991-JG**

Judge Greenberg,

I am submitting these links as further evidence to prove my cause is just against the Plaintiff. As far back as the day after the mediation was signed, the Plaintiff has made appearances on the YouTube channel of employee to discuss this case and me. As recent as yesterday, the employee for the Plaintiff (who is also his star witness and the person I have a CSPO against) had the Plaintiff on his YouTube channel to discuss the Defendant and this case. This is another violation of the mediation agreement by the Plaintiff and his employee. The same mediation agreement that he claims I have repeatedly violated.

Video 1 - **Larry Reid LAWSUIT Update: Jimmy Battles GET'S STALKER Held In DOUBLE CONTEMPT! FATE SEALED!**

https://www.youtube.com/live/6Q9gZOAIoIo?si=FT2U8iBU_1l_rN4o

Video 2 - **SURPRISE Call-In Show W/Larry Reid Live About MINION Who BEGGED Him To Drop HIS LAWSUIT! EXPOSED!**

https://www.youtube.com/live/-GuL2raxUHo?si=YoO3D5jvqo_bjXTm

Sincerely,

Darryl D. Moore, Sr.