IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF OHIO
EASTERN DIVISION

| | |
|---|---|
| Larry D. Reid, et al., | Case No. 1:21-cv-00991 |
| Plaintiffs, | Judge James Gwin |
| – vs – | Magistrate Judge Jonathan Greenburg |
| Darryl Moore, | Motion to Strike Certain Documents Filed By Defendant as Scandalous, Impertinent & Immaterial and for an Order Forbidding Defendant from Filing Personal Information Regarding Parties and Witnesses |
| Defendant. | |

Plaintiffs hereby move for an Order striking the following items from the Docket because they are scandalous, irrelevant, impertinent and/or filed in derogation of the orders of the Court.

- ECF No. 38        Opposition to Third Motion to Enforce
- ECF No. 48-1      Motion for Continuance
- ECF No. 55-1      Motion for Continuance (Copy)
- ECF No. 55-3      Letter to the Magistrate Judge
- ECF No. 55-5      Affidavit of Vincent T. Hill
- ECF No. 55-6      Letter to the District Judge
- ECF No. 56        Reply to Fifth Motion to Enforce Settlement Agreement
- ECF No. 56-1      Letter to the Magistrate Judge & Other Documents
- ECF No. 57-3      Email to Chambers from Patricia Washington
- ECF No. 57-4      Email to Chambers from Tracie Turner Jackson
- ECF No. 57-5      Email to Chambers from Garcea L. Hyman
- ECF No. 60        Email from Gale R. Howard
- ECF No. 61        Email from Gale R. Howard
- ECF No. 63        Email to Chambers from Jimmy Battles
- ECF No. 65-3      Email to Chambers by Moore
- ECF No. 65-4      Email to Chambers by Moore
- ECF No. 65-5      Email to Chambers by Moore

- ECF No. 65-6   Screenshots of Online Content
- ECF No. 65-7   Screenshots of Online Content

In addition, Plaintiffs move for an Order forbidding Defendant Moore from filing documents containing personally identifying information—including home address, telephone numbers, email addresses and financial information—relating to any party, witness, potential witness or alleged associate of any party.

The bases for this Motion are set forth in a supporting Memorandum of Law which is being filed herewith and is incorporated by reference herein.

Respectfully submitted

/s/ Raymond V. Vasvari, Jr.

**Raymond V. Vasvari, Jr.** (0055538)
  vasvari@vasvarilaw.com
**K. Ann Zimmerman** (0059486)
  zimmerman@vasvarilaw.com
**VASVARI | ZIMMERMAN**
20600 Chagrin Boulevard
Suite 800 Tower East
Shaker Heights, Ohio 44122-5353
Telephone:  216.458.5880
Telecopier:  216.302.3700

Attorneys for Plaintiff

## – Certificate of Service –

The foregoing was filed today, Tuesday, May 21, 2024, via the Court Electronic Filing System. Service will be made upon counsel of record by, and copies of this filing may be obtained through operation of the CM / ECF System.

Additional service – if required or sent as a courtesy – has been made in the manner and at the addresses listed below on the parties and/or attorneys listed below.

☐ No Added Service Needed
☒ Via First Class U.S. Mail
☒ Via Email as PDF Attachment

Darryl Moore
1977 East 224th street
Euclid, Ohio 44117
darryldmooresr@gmail.com

Defendant

Respectfully submitted

/s/ Raymond V. Vasvari, Jr.

**Raymond V. Vasvari, Jr.** (0055538)
  vasvari@vasvarilaw.com
**K. Ann Zimmerman** (0059486)
  zimmerman@vasvarilaw.com
**VASVARI | ZIMMERMAN**

One of the Attorneys for Plaintiff