UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF OHIO
EASTERN DIVISION

## MINUTES OF PROCEEDINGS--CIVIL

| | |
|---|---|
| LARRY D. REID, *et al.*, | DATE: May 22, 2024 |
| Plaintiffs, | CASE NO.  1:21CV00991 |
| vs. | JUDGE JAMES S. GWIN |
| DARRYL MOORE, | MAGISTRATE JUDGE JONATHAN D. GREENBERG |
| Defendant. | ECRO: B. Laster |

Attorney for Plaintiffs: Raymond Vasvari, Jr.      Defendant: Darryl Moore (pro se)

PROCEEDINGS: A Zoom status conference was conducted with the above participants on May 22, 2024.  The Court ordered as follows.

Any communication with the Court must be placed on the docket and served on the other side.  Letters in support of a party are not appropriate at this point in the case.  Defendant must inform others not to submit letters on his behalf.

An **in-person hearing** on the Fifth Motion to enforce Settlement, Third Motion for an Order Compelling the Defendant to Show Cause Why He Should Not Be Held in Contempt, Motion to Impose a Fine Based on the Order, Motion for Attorney Fees, Costs and Motion for Sanctions Based Upon Ongoing Contempt and Vexatious Conduct (Doc. No. 45) is set for **Wednesday, May 29, 2024, at 10:00 a.m.,** in Courtroom 10B, Carl B. Stokes United States Courthouse, 801 West Superior Avenue, Cleveland, Ohio.  Both sides shall present evidence in support of or in opposition to the motion.  Witnesses who live more than 200 miles away from the courthouse may appear by Zoom.  If anyone removes themselves to a location more than 200 miles away from the courthouse so as to appear by Zoom instead of in person, there will be sanctions.

The show cause hearing set for May 22, 2024 is continued to May 29, 2024.

<u>15 min</u>
Total Time

                                                                     <u>*s/ Jonathan D. Greenberg*</u>
                                                                     United States Magistrate Judge