IN THE UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF OHIO,
EASTERN DIVISION

| | |
|---|---|
| **LARRY D. REID,** *et al.*, ) | **CASE NO.: 1:21-CV 00991** |
| ) | |
| Plaintiff, ) | **MAGISTRATE JUDGE: J. GREENBER** |
| ) | |
| v. ) | **FILED** |
| ) | |
| **DARRYL D. MOORE,** ) | **MAY 2 2 2024** |
| ) | CLERK, U.S. DISTRICT COURT |
| ) | NORTHERN DISTRICT OF OHIO |
| Defendant. ) | CLEVELAND |

## REQUEST FOR MEDIATION AGREEMENT TO BE SET ASIDE/RESCINDED BASED ON FRAUD BY THE PLAINTIFF AND DURESS BY THE DEFENDANT

NOW Comes, Defendant, Darryl D. Moore, pro se, hereby respectfully moves this honorable Court to set aside/rescind the mediation agreement between the two parties to this litigation based on fraud (i.e., lying) by the Plaintiff in the original filing and duress by the Defendant when he agreed to a mediation agreement.

### STATEMENT OF FACTS

Based on previous evidence submitted to the court (video, audio, photographs, and affidavits), the Plaintiff submitted a fraudulent civil lawsuit against the Defendant. In doing so, he intentionally lied under oath in this proceeding. The claims in his filing were erroneous claims against the Defendant. Plaintiff's actions were a deliberate attempt to use this court (via his financial means combined with his employee's constant threats and harassment) to end the exposure of his unethical business dealings and sexual deviance.

Furthermore, the Defendant in this case only signed a mediation after months of around-the-clock threats and harassment that culminated in the granting of two Civil Stalking and Protection Orders against one employee and known associate of the Plaintiff. The primary person

is the PR/mouthpiece/concubine of the Plaintiff named Davyon Augustus. Copies of those orders have already been submitted to this court. During the time that the Plaintiff requested mediation, my father passed away and I contracted Covid. Shortly thereafter, I had a stroke. All of this combined with threats/harassment and not having the funds to continue defending myself in this frivolous lawsuit by an attorney caused me to accept a mediation offer by the Plaintiff under tremendous duress.

Respectfully submitted,

_____
Darryl D. Moore, *Pro Se*

## CONCLUSION

Based upon the facts set forth above and for the reasons thereby outlined above, the Defendants' *Motion* should be granted.

Respectfully submitted,

Darryl D. Moore, *Pro Se*

## **LINKS**

Admission of gay sexual affair and misuse of church donations to fund a lavish lifestyle.
https://www.youtube.com/watch?v=mSONMwLKdG4&t=23s

Details about emotional, physical, mental, and sexual abuse by Larry Reid
https://www.youtube.com/watch?v=sTQT0UwMKns&list=PLRokhkOUNCFqJ92zJCPNyIGKg_0fxZbgu&index=4

Also, a former associate of Larry Reid released a video about him yesterday making fun of him and exposing him.

King Jives (former associate)
https://www.youtube.com/watch?v=bfyflSW3U1A

Part 1 and 2 from the Defendant explaining why this case is fraudulent.
https://www.youtube.com/live/Kpe0qltMJmI?si=ZtjujWwoWSRMotpe
https://www.youtube.com/live/9iyxRDjI_Ss?si=DTVrRpph4z6T-RFp

## CERTIFICATE OF SERVICE

It is hereby certified that a true copy of the foregoing *Motion to Dismiss* was made via USPS mail with sufficient postage attached this __20th__ day of May 2024.

Office of the Clerk
United States District Court
Northern District of Ohio
Carl B. Stokes United States Court House
801 West Superior Avenue
Cleveland, OH 44113-1830

Raymond V. Vasvari, Jr.
Ste. 800
Tower East
20600 Chagrin Blvd
Shaker Heights, OH 44122-5353
216-458-5880
Fax: 216-302-3700
Email: vasvari@vasvarilaw.com

Darryl D. Moore, *Pro Se*