D. Moore
1977 E. 224th Street
Euclid, OH 44117

Case: 1:21-cv-00991-JG Doc #: 70-2 Filed: 05/22/24 1 of 1. PageID #: 597

CLEVELAND OH 440

20 MAY 2024 PM 5 L

Office of the Clerk
US District Court
Northern District of OH
Carl B. Stokes US Court House
801 W. Superior Ave.
Cleveland, OH 44113-1830

44113-183025