May 24, 2024

Office of the Clerk
United States District Court
Northern District of Ohio
Carl B. Stokes United States Court House
801 West Superior Avenue
Cleveland, OH 44113-1830

FILED

MAY 28 2024

CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF OHIO
CLEVELAND

**<u>Reid, et. al v. Moore 1:21-cv-00991-JG</u>**

Judge Greenberg,

For your review, I am attaching a copy of the Civil lawsuit against Davyon Augustus. He's not a credible witness and his testimony should not be accepted in your courtroom. He will do anything for the Plaintiff (including lie, harass, slander, and defame anyone who speaks out against the Plaintiff). His criminal actions (prior submitted CSPO) and pending litigation are proof that he is not honest. Please upload this to Pacer for the case.

Sincerely,

Darryl D. Moore, Sr