UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF OHIO
EASTERN DIVISION

## MINUTES OF PROCEEDINGS--CIVIL

| | |
|---|---|
| LARRY D. REID, *et al.*, | DATE: May 29, 2024 |
| Plaintiffs, | CASE NO.  1:21CV00991 |
| | JUDGE JAMES S. GWIN |
| vs. | |
| DARRYL MOORE, | MAGISTRATE JUDGE JONATHAN D. GREENBERG |
| Defendant. | Court Reporter: A. Rivera |

| | |
|---|---|
| Attorneys for Plaintiffs: Raymond Vasvari, Jr., K. Ann Zimmerman | Defendant: Darryl Moore (pro se) |

PROCEEDINGS: An in-person hearing on the Fifth Motion to Enforce Settlement, Third Motion for an Order Compelling the Defendant to Show Cause Why He Should Not Be Held in Contempt, Motion to Impose a Fine Based on the Order, Motion for Attorney Fees, Costs and Motion for Sanctions Based Upon Ongoing Contempt and Vexatious Conduct (Doc. No. 45) was held with the above participants on May 29, 2024.  During the hearing, the Court took a recess as a result of a medical issue.  The hearing shall remain in recess for two weeks, at which time the Court shall issue further orders and/or conduct further proceedings as appropriate.

20 min
Total Time

*s/ Jonathan D. Greenberg*
United States Magistrate Judge