May 23, 2024

Office of the Clerk
United States District Court
Northern District of Ohio
Carl B. Stokes United States Court House
801 West Superior Avenue
Cleveland, OH 44113-1830

**FILED**

**MAY 28 2024**

CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF OHIO
CLEVELAND

**Reid, et. al v. Moore 1:21-cv-00991-JG**

Judge Greenberg,

For your review, I am attaching my upcoming medical appointments, cardiology stress test appointment, and concussion therapy dates. I was instructed by you yesterday that no emails would be acceptable. Your clerk stated that I needed to mail the information to you.

Sincerely,

Darryl D. Moore, Sr.