# Judge Greenberg



**Marcellus J. McMillian**

███████████████████████

Ontario, CA 91761

marcellusmcmillian@gmail.com

Phone Number (Will Be Provided Upon Courts Request)

5/21/2024

The Honorable Jonathan Greenberg
Magistrate Judge
US District Court Northern District Of Ohio
Carl B Stokes US Court House
801 W Superior Ave
Cleveland, OH 44113

**FILED**

MAY 29, 2024
Clerk U.S. District Court
Northern District of Ohio
Cleveland

Dear Judge Greenberg,

I am writing to you on behalf of Darryl D. Moore, who is appearing before your court due to a lawsuit that seems to have been filed by Larry D Reid . I have known Darryl Moore since December of 2019 for at least 4 years and a few months as a friend and social media colleague.

Throughout the time I have known Mr. Moore, he most certainly has displayed the highest level of responsibility, integrity, and compassion. I would like to take a moment and focus on the compassion of Mr. Moore, I believe that is the reason he appears in your court.

His compassion for the three young men who reached out to him and poured their hearts out to him about what they feel happened to them at the hands of Mr Reid. Mr Moore has been a shoulder to lean on and also a since of calm and direction in the mist of Mr Reid's bullying and harassing them to the point that they have felt hopeless. Mr. Moore who teaches at risk youth and is the soul provider for his son's has demonstrated the kind of caring and compassion for these alleged victims that everyone should aspire to.

Mr Moore, after finding one young man was dealing with someone in this situation that was being held against his will out of his own pocket paid to place the young man in a hotel and then a plane ticket to send him home to safety. Mr. Moore has gone above and beyond to show he is a caring and a compassionate individual.

Mr Moore is positively affecting the lives of young African American youth with his daily life and work. He is not a threat to Mr. Reid nor has he ever been.

These genuine commitments in his daily life and work show he has no malicious intent towards Mr. Reid. Mr. Moore is simply trying inform the public of what I believe are lies and misrepresentations that have led to the devastating results in the lives of three young men that were allegedly committed by Mr Reid.

Mr. Moore and I personally have helped countless people online who were on the verge of being homeless and also in need of financial assistance. I have personally spoken with two of the young men and I must say I have no words for the things those young men expressed to me.

I understand that the case before your court is very serious. However, based on what I know about Mr. Moore's character and his remorse for all that has happened, I believe Mr Moore is truly committed to moving forward with his life and putting all of this behind him. I personally believe do to his lack of finances he is being bulled and harassed. There are over 100 vloggers discussing Mr. Reid and what we all believe should be delt with in a court of law as all the facts and details are coming out almost weekly as of late. At this point it is simply being discussed. People are sharing information that is the the reason that I believe Mr. Moore is being harassed and due to his lack of finance Mr. Reid is using the court as a way to also bully him and shut the door to those other vloggers.

Respectfully your honor I won't get into the weeds of this situation I will just state what I know can be proven. Mr Reid has arranged a contract marriage (we have audio). Mr Reid stated he lied on a PPP loan application (we have audio) Mr Reid stated he has done things in his past as a "Pastor" he wasn't proud of(we have video). And there are a host of other things that can be proven the list is to long.

Just this week we found out from a former employee of Mr. Reid's that he falsified financial statements for their now "digital church" in order for them to get loans( video can be provided)

Mr. Reid the day after you put this mediation into place was online talking about the case with Davyon Augustus. Mr Augustus and Mr Reid were on as late as this week reading all of our letters to the court and putting our address online and talking about this case online. If Mr Reid and Mr. Moore are supposed to both not speak on each other and Mr. Moore can't be interviewed I am not sure why that doesn't apply to Mr. Reid also.

We have all been watching and learning from this experience. If the court deems to be fair and impartial then what applies to Mr. Moore must also apply to Mr. Reid and the persons he uses to attack others online.

I respectfully request your consideration in dissolving the mediation with an opportunity for each of them to go their separate ways. I am confident that Mr. Moore will not squander it.

Thank you for considering my perspective on this matter. If you need any additional information, please feel free to contact me at the email address above phone will be provided upon request due

to Mr. Augustus harassment and threats I will not put my phone number online.

Sincerely,

**Marcellus McMillian**