D. Moore
1977 E. 224th St.
Euclid, OH 44117

CLEVELAND OH 440

22 MAY 2024 PM 7 L

Clerk of the Court
US District Court
Northern District of OH
Carl B. Stokes US Courthouse
~~Cleveland~~ 801 W. Superior Ave.
Cleveland, OH 44113

Look

44113-183025