UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF OHIO
EASTERN DIVISION

## MINUTES OF PROCEEDINGS--CIVIL

LARRY D. REID, *et al.*,

        Plaintiffs,

vs.

DARRYL MOORE,

        Defendant.

DATE: JUNE 14, 2024

CASE NO.  1:21CV00991

JUDGE JAMES S. GWIN

MAGISTRATE JUDGE JONATHAN D. GREENBERG

Attorneys for Plaintiffs: Raymond Vasvari, Jr., K. Ann Zimmerman

Defendant: Pro Se

PROCEEDINGS: An Telephonic status conference was conducted on June 14, 2024, with the above participants.  Plaintiff's fifth Motion to enforce settlement agreement is held in abeyance. (Related Doc. 45).   Telephonic status conference is set for Friday July 19, 2024 at 10:00 am. Parties shall use call-in information as previously provided.

10 min
Total Time

                                          *s/ Jonathan D. Greenberg*
                                          United States Magistrate Judge