# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF OHIO
# EASTERN DIVISION

## MINUTES OF PROCEEDINGS--CIVIL

| | |
|---|---|
| LARRY D. REID, *et al.*, | DATE: July 19, 2024 |
| Plaintiffs, | CASE NO. 1:21CV00991 |
| vs. | JUDGE JAMES S. GWIN |
| DARRYL MOORE, | MAGISTRATE JUDGE JONATHAN D. GREENBERG |
| Defendant. | |

| | |
|---|---|
| Attorneys for Plaintiffs: Raymond Vasvari, Jr., K. Ann Zimmerman | Defendant: Pro Se |

PROCEEDINGS: A telephonic status conference was conducted on July 19, 2024, with the above participants. An in-person hearing on all outstanding motions in this case (Doc. Nos. 45, 56, 67-68, 70, and 77) is set for **Friday, September 6, 2024, at 1:00 p.m.**, in Courtroom 10B, Carl B. Stokes United States Courthouse, 801 West Superior Avenue, Cleveland, Ohio. Both sides shall present evidence in support of or in opposition to the motion. Witnesses who live more than 200 miles away from the courthouse may appear by Zoom. If anyone removes themselves to a location more than 200 miles away from the courthouse so as to appear by Zoom instead of in person, there will be sanctions.

20 min
Total Time

*s/ Jonathan D. Greenberg*
United States Magistrate Judge