IN THE UNITED STATES DISTRICT COURT
NORTHERN DISTRCT OF OHIO
EASTERN DIVISION

| | | |
|---|---|---|
| LARRY D. REID, *et al.*, | ) | CASE NO. 1:21CV00991 |
| | ) | |
| Plaintiffs, | ) | |
| | ) | JUDGE JAMES S. GWIN |
| vs. | ) | |
| | ) | |
| DARRYL MOORE, | ) | MAGISTRATE JUDGE |
| | ) | JONATHAN D. GREENBERG |
| Defendant. | ) | |
| | ) | |
| | ) | **ORDER** |

This case is before the undersigned United States Magistrate Judge pursuant to a referral under Local Rules 37.1 and 72.1 for a Report and Recommendation on the pending Fifth Motion to enforce Settlement, Third Motion for an Order Compelling the Defendant to Show Cause Why He Should Not Be Held in Contempt, Motion to Impose a Fine Based on the Order, Motion for Attorney Fees, Costs and Motion for Sanctions Based Upon Ongoing Contempt and Vexatious Conduct (Doc. No. 45). (Doc. No. 47.) Also before the Court for resolution under the terms of the referral (Doc. No. 47) are the pending motions at Doc. Nos. 56, 67-68, 70, and 77.

On August 2, 2024, the Court issued an Order referring the case to the Clerk's Office for inquiry as to *pro bono* counsel willing to represent Defendant under the procedures set forth in this Court's *Pro Bono* Civil Case Protocol located at Appendix J to the Local Rules. (Doc. No. 80.) *See* Local Rules, Appendix J. *See also* Amended General Order No. 2007-2a2 (Oct. 23, 2018).

The Court has been advised that attorneys Marisa Darden and Robert Kolansky have agreed to represent Defendant in the above-captioned matter. Accordingly, and pursuant to the *Pro Bono* Civil Case Protocol, Ms. Darden and Mr. Kolansky are hereby appointed to represent Defendant herein. The Clerk of Court shall enter the appearance of Ms. Darden and Mr. Kolansky on the docket as counsel for Defendant.

```
```
IT IS SO ORDERED.

Date: August 22, 2024

*s/ Jonathan Greenberg*
Jonathan D. Greenberg
United States Magistrate Judge