# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF OHIO
# EASTERN DIVISION

## MINUTES OF PROCEEDINGS--CIVIL

| | |
|---|---|
| LARRY D. REID, *et al.*, | DATE: August 28, 2024 |
| Plaintiffs, | CASE NO. 1:21CV00991 |
| | JUDGE JAMES S. GWIN |
| vs. | |
| DARRYL MOORE, | MAGISTRATE JUDGE JONATHAN D. GREENBERG |
| Defendant. | |

| | |
|---|---|
| Attorneys for Plaintiffs: Raymond Vasvari, Jr., K. Ann Zimmerman | Attorneys for Defendant: Marisa Darden, Robert Kolansky |

PROCEEDINGS: A telephonic status conference was conducted on August 28, 2024, with the above participants. The September 6, 2024 hearing is RESET for **October 1, 2024, at 1:00 p.m.**, in Courtroom 10B, Carl B. Stokes United States Courthouse, 801 West Superior Avenue, Cleveland, Ohio. The October 1, 2024 hearing shall be on the pending Fifth Motion to Enforce Settlement, Third Motion for an Order Compelling the Defendant to Show Cause Why He Should Not Be Held in Contempt, Motion to Impose a Fine Based on the Order, Motion for Attorney Fees, Costs and Motion for Sanctions Based Upon Ongoing Contempt and Vexatious Conduct (Doc. No. 45) only. Each side shall have one hour to present evidence in support of or in opposition to the motion. Any stipulations shall be filed by close of business (5:00 p.m.) on **September 25, 2024**.

10 min
Total Time

*s/ Jonathan D. Greenberg*
United States Magistrate Judge