# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF OHIO
# EASTERN DIVISION

| | |
|---|---|
| LARRY REID, et al., ) | Case No. 1:21-CV-00991 |
| ) | |
| Plaintiff, ) | JUDGE CHRISTOPHER A. BOYKO |
| ) | |
| v. ) | MAGISTRATE JUDGE JONATHAN D. |
| ) | GREENBERG |
| DARRYL MOORE, ) | |
| ) | **JOINT MOTION TO CONTINUE** |
| Defendant. ) | **OCTOBER 1, 2024 HEARING** |
| ) | |

Now come the parties, Plaintiffs Larry D. Reid and Larry Reid Live, LLC, by and through undersigned counsel, and Defendant Darryl Moore, by and through undersigned counsel, who respectfully move the Court to continue the October 1, 2024 hearing on the pending Fifth Motion to Enforce Settlement, Third Motion for an Order Compelling the Defendant to Show Cause Why He Should Not Be Held in Contempt, Motion to Impose a Fine Based on the Order, Motion for Attorney Fees, Costs and Motion for Sanctions Based Upon Ongoing Contempt and Vexatious Conduct (Doc. No. 45 ), and all associated dates and deadlines.

On August 22, 2024, this Court appointed Marisa T. Darden and Robert J. Kolansky to represent Defendant Darryl Moore.  (Doc. No. 81).  Thereafter, on August 28, 2024, this Court held an Attorney-only Telephonic Status Conference with counsel for all parties.  (Doc. No. 82). During the hearing, this Court scheduled the above-referenced hearing to take place on October 1, 2024, and any stipulations to be filed by September 25, 2024.  (*Id.*).

Counsel for the parties require additional time to discuss the history of the case and negotiate toward a resolution of the pending motions.  Counsel for the parties have been limited in

24964162 v1

such communications due to unforeseen and unavoidable circumstances.  Wherefore, the parties jointly request the hearing be continued for approximately 60 days.

Respectfully submitted,

*/s/ Robert J. Kolansky*
Robert J. Kolansky (NJ: 078572016)
BENESCH, FRIEDLANDER, COPLAN &
ARONOFF LLP
127 Public Square Suite 4900
Cleveland, OH 44114-1304
rkolansky@beneschlaw.com
Telephone: 216.363.4575
Fax: 216.363.4588
*One of the Attorneys for Defendant*

*/s/ Raymond V. Vasvari, Jr.*
Raymond V. Vasvari, Jr.
VASVARI | ZIMMERMAN
20600 Chagrin Boulevard
Suite 800 Tower East
Shaker Heights, Ohio 44122-5353
vasvari@vasvarilaw.com
Telephone: 216.458.5880
Telecopier: 216.302.3700
*Attorney for Plaintiffs*

## **CERTIFICATE OF SERVICE**

I hereby certify that on September 25, 2024, a copy of the foregoing was filed electronically. Notice of this filing will be sent by operation of the Court's electronic filing system to all parties indicated on the electronic filing receipt. Parties may access this filing through the Court's system.

                                      */s/ Robert J. Kolansky*
                                      Robert J. Kolansky (NJ: 078572016)
                                      *One of the Attorneys for*
                                      *Defendant Muzzammil Al Zubair*

24964162 v1