# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF OHIO
# EASTERN DIVISION

| | |
|---|---|
| LARRY REID, et al., ) | Case No. 1:21-CV-00991 |
| ) | |
| Plaintiff, ) | JUDGE CHRISTOPHER A. BOYKO |
| ) | |
| v. ) | MAGISTRATE JUDGE JONATHAN D. |
| ) | GREENBERG |
| DARRYL MOORE, ) | |
| ) | **JOINT MOTION TO CONTINUE** |
| Defendant. ) | **DECEMBER 6, 2024 HEARING** |
| ) | |

Now come the parties, Plaintiffs Larry D. Reid and Larry Reid Live, LLC, by and through undersigned counsel, and Defendant Darryl Moore, by and through undersigned counsel, who respectfully move the Court to continue the December 6, 2024 hearing on the pending Fifth Motion to Enforce Settlement, Third Motion for an Order Compelling the Defendant to Show Cause Why He Should Not Be Held in Contempt, Motion to Impose a Fine Based on the Order, Motion for Attorney Fees, Costs and Motion for Sanctions Based Upon Ongoing Contempt and Vexatious Conduct (Doc. No. 45), and all associated dates and deadlines.

On August 22, 2024, this Court appointed Marisa T. Darden and Robert J. Kolansky to represent Defendant Darryl Moore. (Doc. No. 81). Thereafter, on August 28, 2024, this Court held an Attorney-only Telephonic Status Conference with counsel for all parties. (Doc. No. 82). During the hearing, this Court scheduled a hearing to take place on October 1, 2024. (*Id.*). On September 25, 2024, the parties jointly moved this Court to continue the October 1, 2024 hearing. (Doc. 83). This Court granted the motion to continue and reset the hearing for November 1, 2024. (Doc. N/A: Non-document Order, September 25, 2024). Then, on October 29, 2024, the parties jointly moved this Court to continue the November 1, 2024 hearing. (Doc. 84). This Court granted

the motion to continue and reset the hearing for December 6, 2024. (Doc. N/A: Non-document Order, October 30, 2024).

Instantly, counsel for the parties request an additional continuance of approximately 60 days. The parties continue to engage in meaningful settlement negotiations, which, if successful, will obviate the need for a hearing. The parties require additional time to finalize these negotiations on behalf of their respective parties. Wherefore, the parties jointly request the hearing be continued for approximately 60 days.

Respectfully submitted,

*/s/ Robert J. Kolansky*
Robert J. Kolansky (NJ: 078572016)
BENESCH, FRIEDLANDER, COPLAN & ARONOFF LLP
127 Public Square Suite 4900
Cleveland, OH 44114-1304
rkolansky@beneschlaw.com
Telephone: 216.363.4575
Fax: 216.363.4588
*One of the Attorneys for Defendant*

*/s/ K. Ann Zimmerman*
K. Ann Zimmerman
VASVARI | ZIMMERMAN
20600 Chagrin Boulevard
Suite 800 Tower East
Shaker Heights, Ohio 44122-5353
vasvari@vasvarilaw.com
Telephone: 216.458.5880
Telecopier: 216.302.3700
*Attorney for Plaintiffs*

2

## CERTIFICATE OF SERVICE

I hereby certify that on November 29, 2024, a copy of the foregoing was filed electronically. Notice of this filing will be sent by operation of the Court's electronic filing system to all parties indicated on the electronic filing receipt. Parties may access this filing through the Court's system.

*/s/ Robert J. Kolansky*
Robert J. Kolansky (NJ: 078572016)
*One of the Attorneys for*
*Defendant Darryl Moore*
