UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF OHIO
EASTERN DIVISION

## MINUTES OF PROCEEDINGS--CIVIL

LARRY D. REID, *et al.*,

        Plaintiffs,

vs.

DARRYL MOORE,

        Defendant.

DATE: January 21, 2025

CASE NO.  1:21CV00991

JUDGE JAMES S. GWIN

MAGISTRATE JUDGE JONATHAN D. GREENBERG

| | |
|---|---|
| Attorney for Plaintiffs: Raymond Vasvari, Jr. | Attorney for Defendant: Robert Kolansky |
| Plaintiff/Representative: Larry Reid | Defendant/Representative: Darryl Moore |

PROCEEDINGS: A Zoom status conference was conducted on January 21, 2025, with the above participants.  The parties resolved their outstanding disputes.  All pending motions filed by Plaintiff are WITHDRAWN.  All pending motions filed by Defendant are WITHDRAWN.  The Court shall retain jurisdiction to enforce the settlement agreement.

1 hr 35 min
Total Time

                                            *s/ Jonathan D. Greenberg*
                                            United States Magistrate Judge